IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.   Case No. 8:13-cr-178-JDW

NOVA MONTGOMERY,

Defendant.

---

**WAIVER OF DEFENDANT'S PRESENCE AT ARRAIGNMENT
AND ENTRY OF NOT GUILTY PLEA**

I, Nova Montgomery, the above named Defendant, do hereby waive my right to be present at arraignment in this cause set for March 24, 2014, and enter a plea of innocent and not guilty to the charges set forth in the indictment filed herein. I hereby state that I have received a copy of the indictment and have to discussed the same with counsel.

Respectfully submitted this the 19th day of March, 2014.

_____  /s/ *Lowell H. Becraft, Jr.*
Nova Montgomery, Defendant        Lowell H. Becraft, Jr.
                                  ASB 5005-F66L
                                  Attorney for Defendant
                                  403-C Andrew Jackson Way
                                  Huntsville, AL 35801
                                  256-533-2535
                                  becraft@hiwaay.net

CONSENT TO WAIVER OF DEFENDANT'S PRESENCE AT
ARRAIGNMENT AND RECEIPT OF PLEA OF NOT GUILTY

I hereby accept the Waiver of Defendant's Presence at Arraignment and direct that the plea of not guilty be received for filing.

Dated this the ___ day of March, 2014.

_____
U.S. Magistrate Judge

CERTIFICATE OF SERVICE

I hereby certify that on this date, March 19, 2014, I electronically transmitted this motion to the Clerk of the Court using the CM/ECF system for filing, which will send notification of such filing to the following:

Mark E. Bini & Robert Monk
US Attorney's Office - FLM
400 N. Tampa St., Suite 3200
Tampa, FL 33602

/s/ *Lowell H. Becraft, Jr.*
Lowell H. Becraft, Jr.