UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

vs.                                                              CASE NO: 8:13-cr-178-T-27AEP

NOVA A. MONTGOMERY
_____/

## ORDER

Appellate proceedings having concluded, the Mandate having issued in the Eleventh Circuit Court of Appeals, and the Defendant's petition for a writ of certiorari having been denied, Defendant is directed to self surrender to the designated United States Bureau of Prisons at the time and place as notified by the United States Marshal. Failure to comply with this order shall result in forfeiture of Defendant's appearance bond and judgment thereon, and the immediate issuance of an arrest warrant.

**DONE AND ORDERED** this 24th day of May, 2016.

JAMES D. WHITTEMORE
United States District Judge

Copies to: Counsel of Record
U.S. Pretrial Services
U. S. Marshal
Nova Montgomery, 703 Still Meadow Circle, Palm Harbor, FL 34688
Karen Paron, 16101 Wildwood Court, Punta Gorda, FL 33982