FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

2016 JUN 27  PM 12: 51

CLERK U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

UNITED STATES OF AMERICA

Plaintiff

CASE NUMBER: 8:13-cr-178-T-27AEP

v.

NOVA A. MONTGOMERY

Defendant

AFFIDAVIT of TRUE STATUS: and
FORMAL OATH of RENUNCIATION

by: nova alison montgomery

nova_alison_montgomery, Private
Living Indigenous/Auto chthon/
Repatriated Woman ♡

## AFFIDAVIT OF TRUE STATUS and FORMAL OATH of RENUNCIATION

I, nova_alison_montgomery, sui juris, living Autochthon/Indigenous[1][2][3] woman put forth these statements of fact, about the nature of my Being and my status in this world. My greatest commission is to manifest life, intelligence, truth and love.

I, nova_alison_montgomery, a natural physical biological living Autochton/Ingidenous Repatriated[4] Woman was born free on the continent commonly known as North America of the Americas on the land of the Ohio Republic.

I have discovered that there is a legal system in place designed to enslave me and capture my labor, WHICH IS MY PROPERTY ALONE, through a series of contracts that I was unaware of.

I am now aware that commerce rules law. I am now aware that my given name was used to create a corporate fiction and said corporate fiction name was placed on a birth certificate, then used against me in commercial transactions to my detriment.

I now understand I can rescind contracts that I had mistakenly entered into where there was no "meeting of the minds" and/or a lack of disclosure. Furthermore, I now know that in commerce, a contract is null and void unless both parties are fully informed and agree.

I am now aware of my lawful remedy. I am now aware that every court case is a commercial transaction and that by answering to my name spelled in all uppercase and/or appellations thereof, I was without my knowledge answering on behalf of the legal/corporate fiction, not me, the real living woman. I am now aware what it means to stay in honor, and that controversy keeps me in dishonor, to my detriment.

I AM a woman of HONORABLE INTENTION, and even though in times past I have unknowingly been coaxed to act in dishonor by various corporations and their representatives /agents by their lack of disclosure, compulsion, semantic and deceit, I am now exercising my lawful remedy to stand and remain in HONOR.

I, nova_alison_montgomery, sui juris, the real living "Autochthon/ Indigenous woman", **having First Hand Knowledge of the Facts,** pursuant to the Right to Self-Determination[5] via

---

[1] The Declaration of Indigenous Rights, enacted by the Organization American States which the United States and all its Departments are subject to All Articles Incorporated; The United Nations Declaration of the Rights of Indigenous Peoples UN 61/195 All Articles Incorporated;

[2] *autochthon*, noun, 1 One sprung from the earth itself; a member of a race claiming origin from the soil it dwells on; in the plural, aborigines; Funk & Wagnalls New Practical Dictionary [1955], Vol. 1, pg. 97. The Private Real Natural Living Man herein described sprung forth from the soil of the earth by the Hands of the Creator יהוה Elohim Himself, Who formed him.

[3] Genesis 2:7 - "And יהוה Elohim formed the man out of dust from the ground, and breathed into his nostrils breath of life. And the man became a living being/soul."

[4] Repatriate: to restore or return to the country of origin, allegiance, or citizenship. Business: http://www.merriam-webster.com/dictionary/repatriate. Repatriation is the process of returning a person to their place of origin or citizenship. Repatriation - Wikipedia, the free encyclopedia. https://en.wikipedia.org/wiki/Repatriation

[5] "**All peoples have the right to self-determination.** By virtue of that right they freely determine their political status and freely pursue their economic, social and cultural development." (Charter of the United Nations, Article 1, paragraph 2; International Covenant on Economic, Social and Cultural Rights, Art. 1, 3, & 5; U.N. Declaration on the Granting of Independence to Colonial Countries and Peoples - Adopted by General Assembly Resolution 1514 (XV) of 14 December 1960); Right of Nationality under

the CHARTER OF THE UNITED NATIONS, **hereby and herein freely absolutely and forever renounce and abjure, jura in re[6]/dominium/droit droit/without prejudice, nunc pro tunc, praetera preterea ("then as now and hereafter")** ab initio, ANY and ALL forms of worldly citizenship, membership, association, allegiance, and patriotism, including but not limited to United States Citizenship, to the above listed parties and ANY and ALL allegiance and/or fidelity including but not limited to every foreign prince, foreign potentate, and foreign state or foreign sovereignty, nation, government, state, territory, province, county, parish, borough, monarchy, royal family, dynasty, federal tax authority and any and ALL other tax authorities, franchises, ALL secret societies, including but not limited to the Jesuits of Jesus, the Knights Templars, the Illuminati, and/or ALL churches whatsoever and especially noting the Black and White PAPACY of the ROMAN CATHOLIC CHURCH, CHURCH OF ENGLAND, ALL FORMS OF APOSTATE CHRISTENDOM, ALL forms of ISLAM, and any "CHURCH OF". **I do freely give this Formal Renunciation, being of Sound Mind, and with the power of the Christ within me, make of my own volition this Oath by Formal Declaration.**

I have rescinded and extinguished my contract with Social Security, which is my lawful right and remedy, *certified copy of true original attached.* **I reclaim my original free American National status, now living WITHOUT the corporate UNITED STATES.**

In accord with the provisions set forth in Title 8 U.S.C. 1481, all OFFICERS, AGENTS, EMPLOYEES, ACTORS, or otherwise OFFICIALS of the UNITED STATES, those being bound to obey the Laws and Statues prescribed therein, are ADVISED to take **NOTICE** of this **FORMAL OATH of RENUNCIATION.** As well, the aforementioned ACTORS, AGENTS, OFFICERS, EMPLOYESS, and/or other OFFICIALS of the UNITED STATES government, bound by the Laws, Statutes, Acts, and Provisions of the Same Constitution that require the aforementioned entities to uphold that Constitution are ADVISED NOT to Infringe Upon, Ignore, Disregard, or otherwise find of no substance and/or standing, this AFFIDAVIT OF TRUE STATUS and FORMAL OATH of RENUNCIATION. I, nova_alison_montgomery, sui juris, do AFFIRM that no one may infringe upon this Living Indigenous/Autochthon Woman's Right to renounce allegiances to any Foreign Government, King or Foreign Nation.

I, nova_alison_montgomery, sui juris, being born a Free Woman upon the soil of the Americas, do AFFIRM all Immunity and Personal Rights and no thing herein shall be construed negate such immunities and rights.  These Personal Rights are by and from the Living God from whence I came.

---

Countries and Peoples - Adopted by General Assembly Resolution 1514 (XV) of 14 December 1960); Right of Nationality under Self-Determination opens the door wide open for the recognition of the **Right to Self-Govern** by any living man or Man, which means that one CANNOT be construed to be a CORPORATION and/or WARD of the STATE. One cannot be a citizen of the Corporate UNITED STATES with ALL its subsidiaries at the same time when Self-Governing, which also violates the scriptural maxims of Matthew 6:24, "No man can serve two masters," **(church & state)** and James 1:8, "A double minded man is unstable in all his ways." The right to self-govern is recognized via the U.N. and it cannot be questioned. "Everyone has the right to a nationality. No one shall be arbitrarily deprived nor denied the **right to change his nationality**". (The Universal Declaration Of Human Rights, article 15: 1 & 2 Adopted by the General Assembly for the Rights of the Child 1959); and "Every child shall be entitled from birth to a name and nationality". (Principle 3);

[6] Black's Law 6th Ed. Jura in re (see Jus in re): **Jus in re:** A right in a thing. A right existing in a person with respect to an article or subject of property, inherent in his relation to it, implying *complete ownership with possession,* and *available against all the world.*

I, nova_alison_montgomery, sui juris, herein, and herefrom, AFFIRM that being a Free Living Woman, am not nor will not give my Body, Mind, Spirit, nor Soul, to any Nation as defined by Government, or body politic. This Living Woman herein AFFIRMS that no law other than those that are for the peace and dignity of Self Preservation, Freedom, and the Rights to Liberty shall govern me.

I, nova_alison_montgomery, that the Autochthon/Indigenous Repatriated[7] woman, Non-adverse, affirm nunc pro tunc, droit/droit, praetera preterea that I am from the Moment of Creation, Living-Soul, Stateless, Non-Patriot, Neutral, Non-Resident Alien Individual to the powers of this carnal world.

I, nova_alison_montgomery, do AFFIRM that the Laws of the Common man, being of the Common Law, shall govern me, and those Laws that are equitable and of good faith shall govern me, and I do not recognize any other form of Politic other than that of the Common Law which is for the People, and by the People, not Citizens of a Foreign Government, including but not limited to, the United States of America, Incorporation Date 04/19/89, File # 2193949, with ALL prior existences to the said Incorporation Date, present, or future derivatives, and/or variations, d.b.a. as the USA, the UNITED STATES OF AMERICA, E PLURIBUS UNUM THE UNITED STATES OF AMERICA, UNITED STATES, INC., UNITED STATES, and any derivatives, variations, appellations or subsidiaries thereof, the city-state of Westminster, United Nations, UNITED NATIONS, the UNITED STATES, Federal Reserve, FEDERAL RESERVE, International Monetary Fund, IMF, and all their respective franchises, agencies, and departments. And, all commercial contracts with the above-listed corporations/agencies/persons **are uniformly invalidated** for non-disclosure, fraud, racketeering, force of arms, extortion, compulsion, semantic deceit, constructive unlawful conversion.

**LET NO THING IN THIS AFFIDAVIT OF TRUTH AND FORMAL OATH OF RENUNCIATION BE CONSTRUED AS TO BE AN ACT OF EXPATRIATION OR RENUNCIATION OF AMERICAN NATIONALITY. THIS OATH IS FOR THE EXPLICIT PURPOSE OF RENOUNCING THE UNITED STATES CITIZENSHIP, THAT JUSRISDICTION OF/AND WITHIN WASHINGTON DC.**

I, nova_alison_montgomery, the Undersigned Secured Party/Creditor, so aver that the abovementioned is the Truth and Fact according to the Law, and is, to the best of Knowledge and Belief, True, Correct, Certain and not meant to Mislead. This Oath and Affirmation is made under the Pains and Penalties of Perjury according to the Laws of the Living God, the united States of America and the Republic of Florida; and,

I, nova_alison_montgomery know that this Affidavit, left unrebutted, point-by-point with specificity and particularity, stands as truth in Law.

And so it is.

---

[7] Repatriate: to restore or return to the country of origin, allegiance, or citizenship. Business: http://www.merriam-webster.com/dictionary/repatriate. Repatriation is the process of returning a person to their place of origin or citizenship. Repatriation - Wikipedia, the free encyclopedia. https://en.wikipedia.org/wiki/Repatriation

**NOTICE TO PRINCIPAL IS NOTICE TO AGENT; NOTICE TO AGENT IS NOTICE
TO PRINCIPAL AND ALL SUCCESSORS AND ASSIGNS.**

By: _nova alison montgomery_

nova_alison_montgomery, Private Living Indigenous/
Autochthon Repatriated Woman

### Notary Jurat

*Notice: Using a notary on this document does not constitute any adhesion, nor does it in any
manner alter any legal status of the above-name party; the purpose of a notary is verification
and identification purposes only and not for entering said party into any foreign jurisdiction.*

STATE OF FLORIDA
COUNTY OF PINELLAS

The forgoing instrument was acknowledged before me this __26__ day of June, 2016, by

_nova alison montgomery._

(SEAL)

_(signature)_
Notary Signature
Yolanda, spradling
Notary Printed Name

```
YOLANDA SPRADLING
Commission # FF 999248
Expires June 6, 2020
Bonded Thru Troy Fain Insurance 800-385-7019
```

Personally known ___✓___
or Produced Identification
Type of Identification Produced_____

Affidavit and Proclamation                                        Page 4 of 4

## NOTARY CERTIFICATION OF ORIGINAL DOCUMENT

State of Florida

County of Pinellas

I, Yolanda Spradling, the undersigned Notary Public, hereby certify that I

supervised the photocopying of the original document here presented:

**"Extinguishment of Contract by Rescission by Reason of the Giving of
Consent by Mistake, Disavowal of Apparent Consent, and Divestment of
Right (Entitlement) to Receive Social Security Retirement or Survivor
Benefits."**

The attached copy is a true, complete and unaltered photocopy of the original
document presented to me.

Date  6-26-16

Signed  

SEAL

YOLANDA SPRADLING
Commission # FF 999248
Expires June 6, 2020
Bonded Thru Troy Fain Insurance 800-385-7019

47454 2821

Nancy Alison Montgomery
c/o 2042 Rainbow Farms Drive
Safety Harbor, Florida
(*Be advised*: ZIP Code™ declined.[1])

Carolyn W. Colvin                                                     Former Account Number
Commissioner/Acting Commissioner of Social Security                   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
6401 Security Boulevard, Baltimore, MD 21235

**Extinguishment of Contract by Rescission by Reason of the Giving of Consent by Mistake,**
**Disavowal of Apparent Consent, and Divestment of Right (Entitlement) to**
**Receive Social Security Retirement or Survivor Benefits.**

*Be advised*: You are hereby charged with knowledge of the contents hereof.

This *Extinguishment of Contract by Rescission by Reason of the Giving of Consent by Mistake,*
*Disavowal of Apparent Consent, and Divestment of Right (Entitlement) to Receive Social Security*
*Retirement or Survivor Benefits (this "Extinguishment by Rescission, Disavowal of Consent, and*
*Divestment of Right (Entitlement)")* is authorized by certain universal principles[2] of contract law and
equity, maxims of law[3] and equity, and, in pertinent part, *California Civil Code* ("CCC"), which part is *in*
*pari materia* with the civil code of all other jurisdictions.

*Be further advised*: 42 USC Chapter 7 *Social Security* §§ 1301(a)(1), (2), (3), and (b) re, respectively, the
terms "State," "United States," "person," and "includes"; 5 USC *Government Organization and*
*Employees* § 552a(a)(2) re the term "individual"; and 26 USC *Internal Revenue Code* ("IRC") § 3401(c)
re the term "employee," apply herein *non obstante*.

*Be further advised*: Herein, bold, italicized text, whether in English or Latin (and followed by text in
English), appearing within brackets, e.g., "[*Regula pro lege ....* In default of . . .]," signifies a maxim of
law or equity, each of which, unless noted otherwise, is found in *Bouvier's Law Dictionary*, 3rd rev., 8th
ed., s.v. "Maxim," pp. 2122-2168.

Universal contract law and, in pertinent part, CCC provide:

> 1550.
> It is essential to the existence of a contract that there should be:
> 1. Parties capable of contracting;
> 2. Their consent;
> 3. Lawful object; and,
> 4. A sufficient cause or consideration. [Emphasis added.]

---

[1]We note that under section 122.32 of the U.S. Postal Service Domestic Mail Manual, the use of a zip code
remains voluntary. See United States Postal Service Domestic Mail Manual § 122.32, at 55 (Mar. 1992). . .
. *Joseph Peters v. National Railroad Passenger Corporation*, 966 F.2d 1483, 296 U.S. App. D.C. 202, 22
Fed.R.Serv.3d 1123 (1992).
[2] *Contra negantem principia non est disputandum*. There is no disputing against or denying principles.
*Bouvier's Law Dictionary*, 6th ed., s.v. "Maxim."
  *Non est certandum de regulis juris*. There is no disputing about rules of law. *Bouvier's Law*
*Dictionary*, 3rd rev., 8th ed., s.v. "Maxim."
[3] *Regula pro lege, si deficit lex*. In default of the law, the maxim rules. Ibid.
  *Maxime ita dicta quia maxima est ejus dignitas et certissima auctoritas, atque quod maxime omnibus*
*probetur*. A maxim is so called because its dignity is chiefest, and its authority the most certain, and
because universally approved by all. Ibid.

1 of 8          Certified Mail™ No. 7016  0750  0001  1567  1414



Rec 06/23/16

1565.

The consent of the parties to a contract must be:

1. Free;

2. Mutual; and,

3. Communicated by each to the other. [Emphasis added.]

1567.

An apparent consent is not real or free when obtained through:

1. Duress;

2. Menace;

3. Fraud;

4. Undue influence; or

5. Mistake. [Emphasis added.]

1688.

A contract is extinguished by its rescission.

1689. . . .

(b) A party to a contract may rescind the contract in the following cases:

    (1) If the consent of the party rescinding, or of any party jointly contracting with him, was given by mistake, or obtained through duress, menace, fraud, or undue influence, exercised by or with the connivance of the party as to whom he rescinds, or of any other party to the contract jointly interested with such party. [Emphasis added.]

As verified herein, there exists no evidence that at the time I gave my apparent consent and authorized the opening of that certain account and accepted that certain franchise (collectively the "Former Account") with and from the Government of the United States ("USG"), via USG's agency, the United States Social Security Administration ("USSSA"), that was assigned the above former account number (the "Former Account Number"), and appeared to enter into that certain former conditional (*specifically:* assessment) contract (the "Former Social Security Contract"), I was located or born or naturalized in, or a resident or citizen of, the United States, or subject to United States' jurisdiction or eligible for such account or number (20 CFR § 422.104).

I recently discovered that at the time I was induced to authorize the opening of, and accept, the Former Account [*Qui tacet consentire videtur.* He who is silent appears to consent.] and give my apparent consent and enter into the Former Social Security Contract with USSSA:

- Neither the United States nor District of Columbia nor any political subdivision, agency, or instrumentality of either or both of the foregoing, nor USG nor any officer, employee, or elected official of any one or more of the foregoing, e.g., Commissioner of Social Security, nor any other thing otherwise within the meaning of any one or more of the foregoing (all of which of the foregoing are collectively "USG"), disclosed to me, nor was I seized of knowledge, that:

    o Per §§1 101(a)(1), (2) of the Social Security Act, only residents of the District of Columbia or Territory of Alaska, Hawaii, Puerto Rico, or the Virgin Islands are eligible therefor;

    o The principal part of the Former Social Security Contract is liability not for payroll tax but *income tax* [*Disparata non debent jungi.* Dissimilar things ought not to be joined.], a feature unrelated to the advertised purpose of the Social Security retirement program [*Intentio inservire debet legibus, non leges intentioni.* Intentions ought to be subservient to the laws, not the laws to intentions.] ;

    o Though promoted as a *personal* retirement program, Social Security is rather more akin to a *third-party* retirement program in that a Social Security payroll taxpayer contributes funds exclusively for the retirement or benefit of third parties whom he does not know and has never met, retaining no accrued property rights thereto [*Qui sentit onus, sentire debet et commodum.* He who bears the burden ought also to derive the benefit.], only the right to *receive* (not realize) Social Security benefits funded by others, an unconscionable bargain [*Nemo agit in seipsum.* No man acts against himself.];

    Certified Mail™ No. 7016 0750 0001 1567 1414

o Upon giving my apparent consent and entering into the Former Social Security Contract, USG would corrupt my full true name, Nancy Alison Montgomery, which is properly written in accordance with the rules of English grammar, into a corporately styled, all-capital-letters NAME, a franchisee of the District of Columbia, also known as United States (*infra*, n. 7), and *juristic person*,[4] i.e., NANCY ALISON MONTGOMERY [*Talis non est eadem, nam nullum simile est idem.* What is like is not the same, for nothing similar is the same. — *Proprietates verborum observerandæ sunt.* The proprieties of words (i. e. proper meanings of words) are to be observed.], without my consent, and thereafter classify NANCY ALISON MONTGOMERY, and me by implication, to be a:

- member of the class defined as *Federal personnel* and United States Government employee[5];

- so-called *individual*[6] and *citizen of the United States*[7];

- so-called *person*[8] with political and civil rights conferred by Congress;

- legal resident of the District of Columbia, doing business as United States®,[9]and the subject of all legislation therein[10];

- citizen of the federal government[11]; and

- taxpayer,[12] personally liable to pay interest on the national debt[13] — *which debt is held by private bankers* — in the form of income tax.[14]

---

[4]juristic person ... a corporation ... or other legal entity that is recognized by law as the subject of rights and duties called also *artificial* person, *conventional* person, *fictitious* person *Merriam-Webster's Unabridged Dictionary*, inc. version 2.5, s.v. "Juristic person."

[5]the term "Federal personnel" means . . . individuals entitled to receive immediate or deferred retirement benefits under any retirement program of the Government of the United States (including survivor benefits). 5 USC *Government Organization and Employees* § 552a(a)(13).

[6]the term "individual" means a citizen of the United States or an alien lawfully admitted for permanent residence . . . Ibid, § 552a(a)(2).

[7] The United States is located in the District of Columbia. UCC § 9-307(h).
  U.S. Const. Art. 1 § 8(17); 16 Stat. 419, Rev. Stat. D.C. § 2, and 49 Stat. 430; and 28 USC § 3002(15).

[8]The term "person" means an individual ... 42 USC § 1301(a)(3).
  "person" includes an individual ... 5 USC § 551(2).
  The term "person" shall be construed to mean and include an individual ... 26 USC § 7701(a)(1).

[9] E.g., United States Department of Commerce Census Bureau form entitled "United States® Census 2010."

[10]*And be it further enacted,* That the legislative power of the District shall extend to all rightful subjects of legislation within said District ... ch. 62, sec. 18, 16 Stat. 419, February 21, 1871

[11] A citizen of the United States is a citizen of the Federal government ... *Kitchens v. Steele,* D.C.W.D. Mo., 112 F.Supp.383 (1953).

[12]The revenue laws are a code or system in regulation of tax assessment and collection. They relate to taxpayers, and not to nontaxpayers. The latter are without their scope. No procedure is prescribed for nontaxpayers, and no attempt is made to annul any of their rights and remedies in due course of law. With them Congress does not assume to deal, and they are neither of the subject nor of the object of the revenue laws. *Long v. Rasmussen,* [9 Cir.] D.C.Mont. 1922, 281 F. 236.

[13] . . . 100 percent of what is collected [in income tax] is absorbed solely by interest on the Federal debt . . . In other words, all individual income tax revenues are gone before one nickel is spent on the services which taxpayers expect from their Government. J. Peter Grace, "President's Private Sector Survey on Cost Control: A Report to the President," dated and approved January 12 and 15, 1984, 3.

[14] In addition to other taxes, there shall be levied, collected, and paid upon the income of every individual a tax equal to the following percentages of the wages received by him . . . Social Security Act of August 14, 1935 [H. R. 7260], § 801 *Income tax on employees.*
  Slater's protestations to the effect that he derives no benefit from the United States government have no bearing on his legal obligation to pay income taxes. . . . Unless the defendant can establish that he is not a citizen of the United States, the IRS possesses authority to attempt to determine his federal tax liability. *United States v. Slater* (D. Delaware, 1982), 545 F. Supp. 179, 182.

Certified Mail™ No. 7016 0750 0001 1567 1414

o   The Secretary of the Treasury, who does not work for USG[15], would convert, for purposes of income taxation, the Former Account Number into a so-called *taxpayer identification number* without my consent via application of IRC (i.e., IRC § 6109(d) *Use of social security account number*), a species of the revenue laws of the United States with which, prior to being induced to authorize, via my silence, the opening of the Former Account by the giving of my apparent consent to the Former Social Security Contract, I had no duty to know;

o   Using the pretext of a retirement program, USG intended [***Intentio inservire debet legibus, non leges intentioni.*** Intentions ought to be subservient to the laws, not the laws to intentions.] to induce me to remain silent and thereby give my apparent consent to the Former Social Security Contract in order to:

  *   Transform me into a member of the class defined as *Federal personnel* and a USG employee and citizen, political franchisee, and subject of the political, municipally incorporated District of Columbia, and therefore a so-called *citizen of the United States* and taxpayer over whose life, liberty, and property USG exercise absolute legislative, judicial, and executive power and jurisdiction;

  *   Obligate me, as a constructive citizen of the District of Columbia, with legal residence therein, to pay interest, in the form of income tax, on the national debt incurred by Congress and owed to private bankers; and

  *   Make me responsible for the funding of Social Security retirement, survivor, and disabled benefits to third parties whom I do not know in order to attract more payroll taxpayers into the Social Security retirement program (political movement) and, thereby, more income taxpayers to pay interest on the national debt incurred by Congress and owed to private bankers; and

o   USG intended to impute to my labor a <u>zero dollar-value ($0.00)</u> [***Intentio cceca, mala.*** A hidden intention is bad.] in order to justify construing all my earnings to be 100% gains/profits/income for calculation of income-tax liability under the revenue laws of the United States [***Nemo debet rem suam sine facto aut defectu suo amittere.*** No one should lose his property without his act or negligence.], despite the fact that there is zero gains/profits/income (12 Stat. 432, §§ 90-91, pp. 473-474, July 1, 1862) in what one receives for his labor, an equal exchange of consideration between parties;

o   The Social Security retirement program has all the elements of a Ponzi scheme [***Non differunt qua; concordant re, tametsi non in verbis iisdem.*** Those things which agree in substance, though not in the same words, do not differ.], a fraudulent investment scheme wherein the prospect of a program participant realizing a retirement benefit is a gamble [***Nemo tenetur seipsam infortuniis et periculis exponere.*** No one is bound to expose himself to misfortune and dangers.], dependent upon USG finding and luring into the scheme <u>ever-increasing numbers</u> of additional participants ("new investors"), who enter the workforce and contribute ("invest") sufficient payroll taxes to offset loss of contributions ("investments") from retiring payroll taxpayers ("old investors") and still meet scheduled Social Security benefits (artificially high dividends) for retirees/survivors/disabled, each of which beneficiaries requires the contributions of multiple current workers ("new investors"), a scheme projected by you at www.ssa.gov to be operating in the red by 2019 and bankrupt by 2049;

---

[15]The U.S. Secretary of the Treasury receives no compensation for representing the United States. Senate Report No. 94-1 148 of October 1, 1976 (re amendment of Bretton Woods Agreements Act, P.L. 94-564, 90 Stat. 2660, re § 2 (p. 8) of House Report 13955), 5942.
    No person [e.g., Secretary of the Treasury] shall be entitled to receive any salary or other compensation from the United States for services as a Governor [of the World Bank, IMF, etc.]. . . 22 USC § 286a(d)(I).

Certified Mail™ No. 7016 0750 0001 1567 1414



o The ultimate beneficiaries of the principal part and object of the Social Security retirement program — *income-tax liability and revenue* — are private bankers;

o USSSA is a quasi-constitutional agency run under the direct ownership and control of the municipal corporation, political state, and second national government known as District of Columbia (16 Stat. 419; 20 Stat. 102; 49 Stat. 430), doing business as United States®, which DBA is located in/synonymous with the District of Columbia (*supra*, n. 7); and

o As of the Act of June 30, 1864 (*infra*), Congress are acting in bad faith toward the American People residing throughout the Union in that Congress pervert the *word* "state" into a *term of art* with a constitutionally opposite meaning to the only meaning of which it is reasonably capable, and thereafter revise it to "State" in the *Revised Statutes of the United States . . . 1873- 74* (*infra*), the controlling definition of which in all subsequent congressional legislation, e.g., the Civil Rights Act of 1866, 14th and 16th Articles of Amendment to the Constitution, IRC of 1986, and every current federal title, comprehends only the District of Columbia and certain of the Territories [*Actio exteriora indicant interiora seer eta.* Outward acts indicate the inward intent.]; to the exclusion — per universal rules of statutory construction and interpretation (e.g., *expressio unius est exclusio alterius, ejusdem generis, noscitur a sociis, in pari materia,*[16] etc.) [*Statutes in derogation of common law must be strictly construed.*] — of the several states of the Union[17]; to wit, *respectively and in pertinent part*:

> And be it further enacted, That wherever the word state is used in this act it shall be construed to include the territories and the District of Columbia . . . ["An Act to provide Internal Revenue to support the Government, to pay Interest on the Public Debt, and for other Purposes," ch. 173, sec. 182, 13 Stat. 223, 306, June 30, 1864]

> The word "State," when used in this Title, shall be construed to include the Territories and the District of Columbia . . . [*Revised Statutes of the United States, Passed at the First Session of the Forty-third Congress, 1873- 74*, Title 35, ch. 1, p. 601, approved retroactively as of the Act of March 2, 1877, amended and approved as of the Act of March 9, 1878]

> The term "United States" when used in a geographical sense includes only the States [*identified in ¶ 2, p. 7 hereof*] and the District of Columbia. [26 USC 7701(a)(9)]

Obligations imposed by universal law and, in pertinent part, CCC § 1709, provide:
One who willfully deceives another with intent to induce him to alter his position to his injury or risk, is liable for any damage which he thereby suffers.

Relying on representations from numerous disparate promoters, all of which run to USG, before and at the time I was induced to authorize the opening of the Former Account and give, by my silence upon attaining the age of majority, my apparent consent to the Former Social Security Contract [*Qui tacet consentire videtur. He who is silent appears to consent.*], I was induced to alter my position from:

- Constituent member of that certain body corporate and real and natural sovereign corporation known as *the good People of these Colonies*, successor sovereign to King George III of England and trustor of that certain voluntary trust known as *the United States of America*, under that certain declaration of trust known as *The unanimous Declaration of the thirteen united States of America* of July 4, 1776, and joint tenant in sovereignty who, in personal capacity as one of *the People* and beneficiaries of said trust, enjoys all unalienable Rights with which all men are endowed by their Creator, among which are Life, Liberty, and the pursuit of Happiness — and *nontaxpayer,*[18] i.e., Nancy Alison Montgomery, without the scope of the revenue laws of the United States; — to

---

[16] A Dictionary of Law, 7th ed., Jonathan Law and Elizabeth Martin, eds. (Oxford: Oxford University Press, 2009), s.v. "Interpretation, Rules and Principles of Statutory."
[17] The "50 States" are not *geographical areas* but *political societies* of Social Security franchises residing within the respective exterior limits of the 50 Union-states: political subdivisions of the District of Columbia.
[18] *Supra*, n. 12.

Certified Mail™ No. 7016 0750 0001 1567 1414



• Member of the class known as *Federal personnel*, USG employee, political franchisee with residence, for certain legal purposes such as taxation, licensing, and a species of criminal jurisdiction not provided for by law, in the District of Columbia, citizen of the federal government, and so-called *individual, citizen of the United States*, and *person* with civil rights conferred by USG, wage-slave liable to income tax and subject to the absolute legislative, judicial, and executive power and jurisdiction of USG, and *taxpayer*, i.e., NANCY ALISON MONTGOMERY, both the subject and of the object of the revenue laws of the United States and the subject of all legislation within the District of Columbia.

*Wherefore*: It is not unreasonable to conclude that I assumed the political liabilities and obligations that came with the Former Social Security Contract and Former Account unwittingly [*Nemo præsens nisi intelligat*. One is not present unless he understands.] and gave, against interest [*Nemo agit in seipsum*. No man acts against himself.], USG apparent consent to exercise absolute legislative, judicial, and executive power over, among other things, my life, liberty, and property, an unconscionable bargain, thereby altering my position to my injury and risk, relinquishing, unintentionally, *right of property* of my labor, earnings, and wealth and suffering loss of a substantial portion thereof, based on representations from numerous disparate promoters, all of which run to USG — e.g., *"You can't get a job without a social security number," "We require a social security number for a 1099 before we can pay you," "You can't remove your newborn from the hospital until he has a social security number," etc.* — and willful concealment of material risks, duties, and facts in the Former Social Security Contract, cited *supra*, *and gave my apparent consent to USG via the Former Social Security Contract and Former Account by mistake as a consequence thereof* [*Non consentit qui errat*. He who errs does not consent.] — which apparent consent I certainly would not have given had such representations not been foisted on me or the material risks, duties, and facts cited supra disclosed to me — thereby rendering it impossible to secure the mutual agreement and assent of the parties to substance and terms of contract [*Omnia præsumuntur legitime facta donec probetur in contrarium. All things are presumed to be done legitimately until the contrary is proved.*].

For the above reasons and on that basis [*Ignorantia facti excusat.... Acts done and contracts made under mistake or ignorance of a material fact are voidable and relievable in law and equity. 2 Kent, Comm. 491 ... Black's Law Dictionary*, 2nd ed., s.v. "Ignorantia facti excusat"], as authorized by law:

I hereby extinguish, as of the date by me last-below written, the Former Social Security Contract and Former Account by rescission [*Exceptio ejus rei cujus petitur dissolutio nulla est*. There can be no plea of that thing of which the dissolution is sought. (*Bouvier's Law Dictionary*, 6th ed., s.v. "Maxim") — *Ubijus, ibi remedium*. Where there is a right, there is a remedy. — *Æquilas sequitur legem*. Equity follows the law. — *Equity suffers not a right without a remedy*. — *Perpetua lex est, nullam legem humanum ac positivam perpetuam esse; et clausula quæ abrogationem excludit initio non valet*. It is a perpetual law that no human or positive law can be perpetual; and a clause in a law which precludes the power of abrogation is void ab initio. — *When the common law and statute law concur, the common law is to be preferred*.] and disavow, ab initio, the said apparent consent given by me and obtained by USG through my mistake, and expressly disclaim and divest myself and any and all corruptions of my full true name, e.g., Nancy Alison Montgomery, now and forever, of any and all right (entitlement) to receive immediate or deferred Social Security retirement or survivor benefits [*Quilibet potest renunciare juripro se inducto*. Any one may renounce a right introduced for his own benefit.] under the Social Security retirement program of the Government of the United States, also known as the Government of the District of Columbia, and expressly disavow and disclaim, as one ineligible therefor, all such right (entitlement) thereto and retain none [*Tout ce que la loi ne défend pas est permis*. Everything is permitted, which is not forbidden by law.], and disavow all purported duties, liabilities, and obligations associated with the political franchisee, juristic person, and purported constructive citizen created via the Former Social Security Contract, i.e., NANCY ALISON MONTGOMERY, whose residence, for certain legal purposes, is the District of Columbia, effective the date of the opening of the Former Account [*Errores ad sua principia referre, est refellere*. To refer errors to their origin is to refute them.].

*Wherefore*: I hereby declare void all forms, cards, documents, and contracts and other instruments bearing my signature that may appear to evidence my consent or authorization re the Former Social Security Contract and Former Account, given by me and obtained by USG through my mistake [*Non consentit qui errat. He who errs does not consent.*].

*Be advised*: Notwithstanding any provision that allows for termination of the Former Social Security Contract (*infra*), but not for termination/cessation of the express object thereof, i.e., the franchise of right (entitlement) to receive immediate or deferred Social Security retirement or survivor benefits [*Quilibet potest renunciare juripro se inducto.* **Any one may renounce a right introduced for his own benefit.**] — effectively nullifying any such provision via compelled acceptance of the selfsame "right (entitlement) to receive Social Security benefits" and therefore void ab initio [*Perpetua lex est, nullam legem humanum ac positivam perpetuam esse; et clausula quae abrogationem excludit initio non valet.* **It is a perpetual law that no human or positive law can be perpetual; and a clause in a law which precludes the power of abrogation is void ab initio.**] that purported to make me a USG employee, citizen of the federal government, and franchisee whose residence, for certain legal purposes, is the District of Columbia [*Contractus ex turpi causa, vel contra bonos mores nullus est. A contract founded on an unlawful consideration or against good morals, is null.*], rendering the Former Social Security Contract an unconscionable bargain [*Adjuvari quippe nos, non decipi, beneficio oportet.* **For we ought to be helped by a benefit, not destroyed by it.**] — such provision nevertheless is rendered moot by the fact that at the time I gave my apparent consent and appeared to execute the Former Social Security Contract I was located without the United States [*Locus contractus regit actum.* **The place of the contract governs the act.**], which in a <u>geographical sense</u> consists of the District of Columbia, the Commonwealth of Puerto Rico, Virgin Islands, Guam, American Samoa, and Northern Mariana Islands [42 USC §§ 1301(a)(1), (2), and (b)] and excludes all Union states, such as <u>*Alaska*</u> [42 USC § 1301(a)(8)(D)], but in a <u>*political sense*</u> means the <u>*District of Columbia (only)*</u> [42 USC § 1301(a)(8)(C)], the so-called 50 States being 50 *non-geographical* political subdivisions thereof, of which the <u>*State of Alaska*</u> (political society of legal residents of the District of Columbia residing within the exterior limits of Alaska) is one, but <u>*Alaska*</u> (geographical area) is not; thereby rendering otiose, nugatory, and non-existent any <u>*right (entitlement) to receive immediate or deferred Social Security retirement or survivor benefits*</u> and barring assertion of any claim to the contrary [*Quod alias bonum et justum est, si per vim velfraudem petatur, malum et injustum efficitur.* **What is otherwise good and just, if sought by force or fraud, becomes bad and unjust.**] by either or both of the doctrines of *equitable estoppel and legal estoppel; to wit, in pertinent part:*

> Each agreement shall contain provisions for its possible termination. If an agreement is terminated, entitlement to benefits and coverage acquired by an individual before termination shall be retained. . . . [Title 20 CFR *Employees' Benefits* § 404.1905 *Termination of agreements*]

*Be further advised*: This *Extinguishment by Rescission, Disavowal of Consent, and Divestment of Right (Entitlement)* and its contents are binding on every principal and agent re the subject matter set forth herein; and shall, along with the accompanying Affidavit of Mailing, be entered in evidence in any civil or criminal proceeding that may arise in connection therewith.

*Be further advised*: As one without the scope of the revenue laws of the United States, e.g., Titles 42 and 26 of the United States Code, I enjoy all rights and remedies in due course of law against officers and employees of the United States who, in discharge of discretionless ministerial duties, commit without authority, contrary to their duty, and in violation of the due process of the Constitution and the revenue laws of the United States, positive acts of trespass for which they are personally liable[19][*Nemo damnum facit, nisi qui id fecit quodfacere jus non habet.* **No one is considered as committing damages, unless he is doing what he has no right to do.**].

---

[19][7] The distinction between persons and things within the scope of the revenue laws and those without them is vital. See De Lima v. Bidwell, 182 U. S. 176, 179, 21 Sup.Ct. 743, 45 L.Ed. 1041. To the former only does section 3224 apply (see cases cited in Violette v. Walsh [D.C.] 272 Fed. 1016), and the well-understood exigencies of government and its revenues and their collection do not extend it to the latter. It is a shield for official action, not a sword for private aggression. . . . *Long v. Rasmussen*, [9 Cir.] D.C.Mont. 1922, 281 F. 236.

Certified Mail™ No. 7016 0750 0001 1567 1414

*Be further advised:* Those officers, employees, or elected officials or political subdivisions, agencies, or instrumentalities of the United States or District of Columbia who wish to correspond with me are hereby given Notice via you and USSSA — origin of the counterfeit nexus between USG and me and from which all other such connections are derived — of my true, correct, complete, proper, and authorized mailing location [*Quælibet jurisdictio cancellos suos habet.* Every jurisdiction has its bounds.], which appears at the top of this *Extinguishment by Rescission, Disavowal of Consent, and Divestment of Right (Entitlement)* and is devoid of the two-character USPS® State-identifier for the so-called State of Florida, i.e., "FL," a so-called political subdivision (society of Social Security franchisees residing in Florida of the District of Columbia, also known as United States®, and numerical identifier of a particular United States Post Office™ or delivery unit known as a ZIP Code™.

As one who does not reside in the United States or District of Columbia, nor in a State or political subdivision thereof, such as, respectively, the Commonwealth of the Northern Mariana Islands or State of Florida, I have taken appropriate measures to ensure that any improperly addressed mailpiece that arrives in my mailbox by mistake is returned to sender, unopened. Commission of any act by you or any other USSSA officer or employee against me or any corruption of my full true name, alleging, expressly or impliedly, actual or constructive residence in territory or other property belonging to the United States, as signified by two-character, United States Postal Service® designator, such as "FL," or numerical identifier of a particular United States Post Office™ or delivery unit known as a ZIP Code™, as aforesaid, in contravention of the express provisions of this *Extinguishment by Rescission, Disavowal of Consent, and Divestment of Right (Entitlement)*, is unauthorized and willful and will result in undue expense and burden to the United States Postal Service® and shall constitute, without limitation, an act of bad faith, constructive fraud, and trespass on your part for which, in the event of damage, you are personally liable.

I, Nancy Alison Montgomery, do hereby solemnly swear, declare, and affirm [*Non est arctius vinculum inter homines quam jusjurandum.* There is no stronger link among men than an oath.] that I have examined this *Extinguishment of Contract by Rescission by Reason of the Giving of Consent by Mistake, Disavowal of Apparent Consent, and Divestment of Right (Entitlement) to Receive Social Security Retirement or Survivor Benefits* and any accompanying documents and that, in accordance with my best firsthand personal knowledge and belief, the contents hereof are true, correct, and complete [*Qui omne dicit, nihil excludit.* He who says all excludes nothing.]. This averment of Nancy Alison Montgomery is based on all information of which Nancy Alison Montgomery has any knowledge and is hereby executed in Pinellas County, Florida.

Date:  The twenty third day of the sixth month in the year of our Lord two thousand sixteen, June 23rd, A.D. 2016.

Autograph  *Nancy Alison Montgomery*
*Nancy Alison Montgomery*

6-23-16  Tyler Ferguson
Date      Witness

6-23-16  Jada Cornish
Date      Witness

6-23-16  DAVID MARTINEZ
Date      Witness

Enclosure: Affidavit of Mailing

Certified Mail™ No. 7016  0750  0001  1567 1414

# Affidavit of Mailing

United States of America* )
                          )
Florida                   ) ss.
                          )
Pinellas County           )

I am over 18 years of age and not a party to the within action. My mailing location is:

Jessica Christianson
1189 Panorama Drive
Colorado Springs

On the 23ʳᵈ day of June, 2016, I mailed one original of the following:

Extinguishment of Contract by Rescission by Reason of the Giving of Consent by Mistake,
Disavowal of Apparent Consent, and Divestment of Right (Entitlement) to Receive Social Security
Retirement or Survivor Benefits, signed, sworn to, and executed by Nancy Alison Montgomery the
Twenty third day of June in the year of our Lord two thousand sixteen, June 23, A.D. 2016, with three (3) subscribing witnesses,
eight (8) pages in length,

a total of eight (8) pages mailed herewith, including all enclosure/attachment pages
(not including this Affidavit of Mailing), by United States Postal Service® Certified Mail™,
Certified Mail™ No. 7016 0750 0001 1567 1414
in a sealed envelope with postage pre-paid, properly addressed to Carolyn W. Colvin as follows:

Carolyn W. Colvin
Commissioner/Acting Commissioner of Social Security
6401 Security Boulevard
Baltimore, MD 21235

I, Jessica Christianson, do hereby solemnly swear, declare, and state that the foregoing is true,
correct, and complete and that this Affidavit of Mailing is executed June 23ʳᵈ , 2016,
in Pinellas County, Florida

Printed name of mailing agent _Jessica Christianson_

Date _6-23-16_ Witness: _Tyler Ferguson_

Date _6-23-16_ Witness: _David Martinez_

Date _6-23-16_ Witness: _Jada Cornish_

* In this Affidavit of Mailing, the proper noun "United States of America" means the collective of the
States (commonwealths) united by and under that certain Constitution ordained and implemented March 4, 1789,
Independence Hall, Philadelphia, Pennsylvania (the "Constitution"), and thereafter, numbering 50 at present, in
conformance with the popular and ordinary meaning of the word "States," i.e., the plural form of the word "State,"
as "States" and "State" are used in the Constitution and all other congressional legislation thereafter prior to June 30,
1864; also known as the Union and the Republic.