BY SPECIAL APPEARANCE
ALL RIGHTS RESERVED

FILED
2016 JUN 27 PM 12: 51

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

UNITED STATES OF AMERICA

V.   CASE NO.   8:13-cr-178-T-27AEP

NOVA A. MONTGOMERY

c/o 2042 Rainbow Farms Drive, Safety Harbor, [Florida 34695]

# BOND

Regarding case 8:13-cr-178-T-27AEP, 8:13-Cr-178-T-27AEP, 8:13-CR-178-T-27AEP, and all associated/related accounts, I, nova_alison_montgomery, undertake as follows:

In consideration that no lawful money of account exists in circulation, and in consideration thereof that I have suffered dishonor regarding the matter of Case No. 8:13-CR-178-T-27AEP, 8:13-Cr-178-T-27AEP, 8:13-cr-178-T-27AEP and all associated/related accounts, I underwrite with my private exemption 474542821 for any and all obligations of performance/loss/costs sustained by the UNITED STATES OF AMERICA/STATE OF FLORIDA as well as the respectful citizens thereof regarding said matter.

Done at Pinellas County, Florida, this 27th day of June, 2016.

BY SPECIAL APPEARANCE

ALL RIGHTS RESERVED

By: *[signature: nova alison montgomery]*

nova_alison_montgomery-Authorized Representative

Sui Juris, in propia person

Heir to the Constitution for the united States of America

---

BOND                                                      Page 2 of 3

ALL RIGHTS RESERVED

This document certifies that on June 27, 2016, I sent copies of the following documents:

# BOND

## By Special Visitation

to the opposing party by certified mail # 7016 -750 0001 1567 1421

return receipt requested.

The documents were addressed as follows:

Arthur Lee Bentley, III
[NTC US Attorney]
U.S. Attorney's Office
400 N TAMPA ST STE 3200
TAMPA, FL 33602-4798

*nova alison montgomery*
nova_alison_montgomery