Honorable Judge James Whittimore
United States District Court
Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, Florida 33602

June 26, 2016

## LETTER OF ROGATORY

Honorable Judge Whittimore,

In reference to your Order dated May 24th, 2016, in the case of UNITED STATES OF AMERICA vs. NOVA A. MONTGOMERY, I accept to perform as instructed upon proof of claim that I am unable to peacefully and lawfully settle this case in honor by using my exemption account to fully satisfy any and all outstanding debts assigned to NOVA A. MONTGOMERY.

I accept your offer for Value and Consideration in return for Post Settlement and Closure of Case No. 8:13-cr-178-T-27AEP, 8:13-Cr-178-T-27AEP, 8:13-CR-178-T-27AEP and any and all other associated/related accounts. My account # 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, CUSIP # 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 and AUTOTRIS # 47454281.

Please us my exemption for full settlement and closure of this account as this account is prepaid and exempt from levy.

Executed this twenty sixth day of June in the year two thousand sixteen AD.

All rights reserved,

By: _nova alison montgomery_
nova_alison_montgomery, Living Woman,
Authorized Representative for NOVA A.
MONTGOMERY/NANCY A. MONTGOMERY,
Secured Party Creditor and Holder in Due Course

c/o 2042 Rainbow Farms Drive
Safety Harbor, [Florida 34695]



## LETTER OF ROGATORY

### Notary Jurat

*Notice: Using a notary on this document does not constitute any adhesion, nor does it in any manner alter any legal status of the above-name party; the purpose of a notary is verification and identification purposes only and not for entering said party into any foreign jurisdiction.*

STATE OF FLORIDA
COUNTY OF PINELLAS

The forgoing instrument was acknowledged before me this 26th day of June, 2016, by

*nora alison montgomery.*

(SEAL)

_____
Notary Signature
Yolanda Spradling
Notary Printed Name

YOLANDA SPRADLING
Commission # FF 999248
Expires June 6, 2020
Bonded Thru Troy Fain Insurance 800-385-7019

Personally known ✓_____
or Produced Identification_____
Type of Identification Produced_____



BY SPECIAL APPEARANCE

ALL RIGHTS RESERVED

**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF FLORIDA**

**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

**V.**                                                    **CASE NO.   8:13-cr-178-T-27AEP**

**NOVA A. MONTGOMERY**

c/o 2042 Rainbow Farms Drive, Safety Harbor, [Florida 34695]

# BOND

Regarding case 8:13-cr-178-T-27AEP, 8:13-Cr-178-T-27AEP, 8:13-CR-178-T-27AEP, and
all associated/related accounts, I, nova_alison_montgomery, undertake as follows:
In consideration that no lawful money of account exists in circulation, and in consideration
thereof that I have suffered dishonor regarding the matter of Case No. 8:13-CR-178-T-27AEP,
8:13-Cr-178-T-27AEP, 8:13-cr-178-T-27AEP and all associated/related accounts, I underwrite
with my private exemption 474542821 for any and all obligations of performance/loss/costs
sustained by the UNITED STATES OF AMERICA/STATE OF FLORIDA as well as the
respectful citizens thereof regarding said matter.

Done at Pinellas County, Florida, this 27th day of June, 2016.

---

**BOND**                                                    Page 1 of 3

BY SPECIAL APPEARANCE

ALL RIGHTS RESERVED

By: _nova alison montgomery_

nova_alison_montgomery-Authorized Representative

Sui Juris, in propia person

Heir to the Constitution for the united States of America

---

**BOND**                                   Page 2 of 3

BY SPECIAL APPEARANCE

ALL RIGHTS RESERVED

This document certifies that on June 27, 2016, I sent copies of the following documents:

# BOND

## By Special Visitation

to the opposing party by certified mail # 7016 -750 0001 1567 1421

return receipt requested.

**The documents were addressed as follows:**

Arthur Lee Bentley, III
[NTC US Attorney]
U.S. Attorney's Office
400 N TAMPA ST STE 3200
TAMPA, FL 33602-4798

*nova alison Montgomery*

nova_alison_montgomery

---

**BOND**                                          Page 3 of 3

## AFFIDAVIT OF TRUE STATUS and FORMAL OATH of RENUNCIATION

I, nova_alison_montgomery, sui juris, living Autochthon/Indigenous[1][2][3] woman put forth these statements of fact, about the nature of my Being and my status in this world. My greatest commission is to manifest life, intelligence, truth and love.

I, nova_alison_montgomery, a natural physical biological living Autochton/Ingidenous Repatriated[4] Woman was born free on the continent commonly known as North America of the Americas on the land of the Ohio Republic.

I have discovered that there is a legal system in place designed to enslave me and capture my labor, WHICH IS MY PROPERTY ALONE, through a series of contracts that I was unaware of.

I am now aware that commerce rules law. I am now aware that my given name was used to create a corporate fiction and said corporate fiction name was placed on a birth certificate, then used against me in commercial transactions to my detriment.

I now understand I can rescind contracts that I had mistakenly entered into where there was no "meeting of the minds" and/or a lack of disclosure. Furthermore, I now know that in commerce, a contract is null and void unless both parties are fully informed and agree.

I am now aware of my lawful remedy. I am now aware that every court case is a commercial transaction and that by answering to my name spelled in all uppercase and/or appellations thereof, I was without my knowledge answering on behalf of the legal/corporate fiction, not me, the real living woman. I am now aware what it means to stay in honor, and that controversy keeps me in dishonor, to my detriment.

I AM a woman of HONORABLE INTENTION, and even though in times past I have unknowingly been coaxed to act in dishonor by various corporations and their representatives /agents by their lack of disclosure, compulsion, semantic and deceit, I am now exercising my lawful remedy to stand and remain in HONOR.

I, nova_alison_montgomery, sui juris, the real living "Autochthon/ Indigenous woman", **having First Hand Knowledge of the Facts,** pursuant to the Right to Self-Determination[5] via

[1] The Declaration of Indigenous Rights, enacted by the Organization American States which the United States and all its Departments are subject to All Articles Incorporated; The United Nations Declaration of the Rights of Indigenous Peoples UN 61/195 All Articles Incorporated;

[2] *autochthon,* noun, 1 One sprung from the earth itself; a member of a race claiming origin from the soil it dwells on; in the plural, aborigines; Funk & Wagnalls New Practical Dictionary [1955], Vol. 1, pg. 97. The Private Real Natural Living Man herein described sprung forth from the soil of the earth by the Hands of the Creator יהוה Elohim Himself, Who formed him.

[3] Genesis 2:7 – "And יהוה Elohim formed the man out of dust from the ground, and breathed into his nostrils breath of life. And the man became a living being/soul."

[4] Repatriate: to restore or return to the country of origin, allegiance, or citizenship. Business: http://www.merriam-webster.com/dictionary/repatriate. Repatriation is the process of returning a person to their place of origin or citizenship. Repatriation - Wikipedia, the free encyclopedia. https://en.wikipedia.org/wiki/Repatriation

[5] "**All peoples have the right to self-determination.** By virtue of that right they freely determine their political status and freely pursue their economic, social and cultural development." (Charter of the United Nations, Article 1, paragraph 2; International Covenant on Economic, Social and Cultural Rights, Art. 1, 3, & 5; U.N. Declaration on the Granting of Independence to Colonial Countries and Peoples - Adopted by General Assembly Resolution 1514 (XV) of 14 December 1960; Right of Nationality under

the CHARTER OF THE UNITED NATIONS, **hereby and herein freely absolutely and forever renounce and abjure**, jura in re[6]/dominium/droit droit/without prejudice, nunc pro tunc, praetera preterea ("then as now and hereafter") ab initio, ANY and ALL forms of worldly citizenship, membership, association, allegiance, and patriotism, including but not limited to United States Citizenship, to the above listed parties and ANY and ALL allegiance and/or fidelity including but not limited to every foreign prince, foreign potentate, and foreign state or foreign sovereignty, nation, government, state, territory, province, county, parish, borough, monarchy, royal family, dynasty, federal tax authority and any and ALL other tax authorities, franchises, ALL secret societies, including but not limited to the Jesuits of Jesus, the Knights Templars, the Illuminati, and/or ALL churches whatsoever and especially noting the Black and White PAPACY of the ROMAN CATHOLIC CHURCH, CHURCH OF ENGLAND, ALL FORMS OF APOSTATE CHRISTENDOM, ALL forms of ISLAM, and any "CHURCH OF". **I do freely give this Formal Renunciation, being of Sound Mind, and with the power of the Christ within me, make of my own volition this Oath by Formal Declaration.**

I have rescinded and extinguished my contract with Social Security, which is my lawful right and remedy, *certified copy of true original attached*. **I reclaim my original free American National status, now living WITHOUT the corporate UNITED STATES.**

In accord with the provisions set forth in Title 8 U.S.C. 1481, all OFFICERS, AGENTS, EMPLOYEES, ACTORS, or otherwise OFFICIALS of the UNITED STATES, those being bound to obey the Laws and Statues prescribed therein, are ADVISED to take **NOTICE** of this **FORMAL OATH of RENUNCIATION**. As well, the aforementioned ACTORS, AGENTS, OFFICERS, EMPLOYESS, and/or other OFFICIALS of the UNITED STATES government, bound by the Laws, Statutes, Acts, and Provisions of the Same Constitution that require the aforementioned entities to uphold that Constitution are ADVISED NOT to Infringe Upon, Ignore, Disregard, or otherwise find of no substance and/or standing, this AFFIDAVIT OF TRUE STATUS and FORMAL OATH of RENUNCIATION. I, nova_alison_montgomery, sui juris, do AFFIRM that no one may infringe upon this Living Indigenous/Autochthon Woman's Right to renounce allegiances to any Foreign Government, King or Foreign Nation.

I, nova_alison_montgomery, sui juris, being born a Free Woman upon the soil of the Americas, do AFFIRM all Immunity and Personal Rights and no thing herein shall be construed negate such immunities and rights. These Personal Rights are by and from the Living God from whence I came.

---

Countries and Peoples - Adopted by General Assembly Resolution 1514 (XV) of 14 December 1960); Right of Nationality under Self-Determination opens the door wide open for the recognition of the **Right to Self-Govern** by any living man or Man, which means that one CANNOT be construed to be a CORPORATION and/or WARD of the STATE. One cannot be a citizen of the Corporate UNITED STATES with ALL its subsidiaries at the same time when Self-Governing, which also violates the scriptural maxims of Matthew 6:24, "No man can serve two masters," **(church & state)** and James 1:8, "A double minded man is unstable in all his ways." The right to self-govern is recognized via the U.N. and it cannot be questioned. "Everyone has the right to a nationality. No one shall be arbitrarily deprived nor denied the **right to change his nationality**". (The Universal Declaration Of Human Rights, article 15: 1 & 2 Adopted by the General Assembly for the Rights of the Child 1959); and "Every child shall be entitled from birth to a name and nationality". (Principle 3);

[6] Black's Law 6th Ed. Jura in re (see Jus in re): **Jus in re:** A right in a thing. A right existing in a person with respect to an article or subject of property, inherent in his relation to it, implying *complete ownership with possession,* and *available against all the world.*

Affidavit and Proclamation                                                                                              Page 2 of 4

I, nova_alison_montgomery, sui juris, herein, and herefrom, AFFIRM that being a Free Living Woman, am not nor will not give my Body, Mind, Spirit, nor Soul, to any Nation as defined by Government, or body politic. This Living Woman herein AFFIRMS that no law other than those that are for the peace and dignity of Self Preservation, Freedom, and the Rights to Liberty shall govern me.

I, nova_alison_montgomery, that the Autochthon/Indigenous Repatriated[7] woman, Non-adverse, affirm nunc pro tunc, droit/droit, praetera preterea that I am from the Moment of Creation, Living-Soul, Stateless, Non-Patriot, Neutral, Non-Resident Alien Individual to the powers of this carnal world.

I, nova_alison_montgomery, do AFFIRM that the Laws of the Common man, being of the Common Law, shall govern me, and those Laws that are equitable and of good faith shall govern me, and I do not recognize any other form of Politic other than that of the Common Law which is for the People, and by the People, not Citizens of a Foreign Government, including but not limited to, the United States of America, Incorporation Date 04/19/89, File # 2193949, with ALL prior existences to the said Incorporation Date, present, or future derivatives, and/or variations, d.b.a. as the USA, the UNITED STATES OF AMERICA, E PLURIBUS UNUM THE UNITED STATES OF AMERICA, UNITED STATES, INC., UNITED STATES, and any derivatives, variations, appellations or subsidiaries thereof, the city-state of Westminster, United Nations, UNITED NATIONS, the UNITED STATES, Federal Reserve, FEDERAL RESERVE, International Monetary Fund, IMF, and all their respective franchises, agencies, and departments. And, all commercial contracts with the above-listed corporations/agencies/persons **are uniformly invalidated** for non-disclosure, fraud, racketeering, force of arms, extortion, compulsion, semantic deceit, constructive unlawful conversion.

**LET NO THING IN THIS AFFIDAVIT OF TRUTH AND FORMAL OATH OF RENUNCIATION BE CONSTRUED AS TO BE AN ACT OF EXPATRIATION OR RENUNCIATION OF AMERICAN NATIONALITY. THIS OATH IS FOR THE EXPLICIT PURPOSE OF RENOUNCING THE UNITED STATES CITIZENSHIP, THAT JUSRISDICTION OF/AND WITHIN WASHINGTON DC.**

I, nova_alison_montgomery, the Undersigned Secured Party/Creditor, so aver that the abovementioned is the Truth and Fact according to the Law, and is, to the best of Knowledge and Belief, True, Correct, Certain and not meant to Mislead. This Oath and Affirmation is made under the Pains and Penalties of Perjury according to the Laws of the Living God, the united States of America and the Republic of Florida; and,

I, nova_alison_montgomery know that this Affidavit, left unrebutted, point-by-point with specificity and particularity, stands as truth in Law.

And so it is.

---

[7] Repatriate: to restore or return to the country of origin, allegiance, or citizenship. Business: http://www.merriam-webster.com/dictionary/repatriate. Repatriation is the process of returning a person to their place of origin or citizenship. Repatriation - Wikipedia, the free encyclopedia. https://en.wikipedia.org/wiki/Repatriation

6-26-16

Affidavit and Proclamation                                      Page 3 of 4

**NOTICE TO PRINCIPAL IS NOTICE TO AGENT; NOTICE TO AGENT IS NOTICE TO PRINCIPAL AND ALL SUCCESSORS AND ASSIGNS.**

By: *nova alison montgomery*
nova_alison_montgomery, Private Living Indigenous/
Autochthon Repatriated Woman

### Notary Jurat

*Notice: Using a notary on this document does not constitute any adhesion, nor does it in any manner alter any legal status of the above-name party; the purpose of a notary is verification and identification purposes only and not for entering said party into any foreign jurisdiction.*

STATE OF FLORIDA
COUNTY OF PINELLAS

The forgoing instrument was acknowledged before me this  2 6  day of June, 2016, by

*nova alison montgomery*

(SEAL)

Notary Signature

Yolanda Spradling
Notary Printed Name

YOLANDA SPRADLING
Commission # FF 999248
Expires June 6, 2020
Bonded Thru Troy Fain Insurance 800-385-7019

Personally known  ✓
or Produced Identification_____
Type of Identification Produced_____



Affidavit and Proclamation

Page 4 of 4

# NOTARY CERTIFICATION OF ORIGINAL DOCUMENT

State of Florida

County of Pinellas

I, Yolanda Spradling, the undersigned Notary Public, hereby certify that I

supervised the photocopying of the original document here presented:

**"Extinguishment of Contract by Rescission by Reason of the Giving of Consent by Mistake, Disavowal of Apparent Consent, and Divestment of Right (Entitlement) to Receive Social Security Retirement or Survivor Benefits."**

The attached copy is a true, complete and unaltered photocopy of the original document presented to me.

Date  6-26-16

Signed _____

SEAL



YOLANDA SPRADLING
Commission # FF 999248
Expires June 6, 2020
Bonded Thru Troy Fain Insurance 800-385-7019

Nancy Alison Montgomery
c/o 2042 Rainbow Farms Drive
Safety Harbor, Florida
(*Be advised*: ZIP Code™ declined.[1])

Carolyn W. Colvin
Commissioner/Acting Commissioner of Social Security
6401 Security Boulevard, Baltimore, MD 21235

Former Account Number
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

### Extinguishment of Contract by Rescission by Reason of the Giving of Consent by Mistake, Disavowal of Apparent Consent, and Divestment of Right (Entitlement) to Receive Social Security Retirement or Survivor Benefits.

*Be advised*: You are hereby charged with knowledge of the contents hereof.

This *Extinguishment of Contract by Rescission by Reason of the Giving of Consent by Mistake, Disavowal of Apparent Consent, and Divestment of Right (Entitlement) to Receive Social Security Retirement or Survivor Benefits (this "Extinguishment by Rescission, Disavowal of Consent, and Divestment of Right (Entitlement)")* is authorized by certain universal principles[2] of contract law and equity, maxims of law[3] and equity, and, in pertinent part, *California Civil Code* ("CCC"), which part is *in pari materia* with the civil code of all other jurisdictions.

*Be further advised*: 42 USC Chapter 7 *Social Security* §§ 1301(a)(1), (2), (3), and (b) re, respectively, the terms "State," "United States," "person," and "includes"; 5 USC *Government Organization and Employees* § 552a(a)(2) re the term "individual"; and 26 USC *Internal Revenue Code* ("IRC") § 3401(c) re the term "employee," apply herein *non obstante*.

*Be further advised*: Herein, bold, italicized text, whether in English or Latin (and followed by text in English), appearing within brackets, e.g., "[*Regula pro lege ....* In default of . . .]," signifies a maxim of law or equity, each of which, unless noted otherwise, is found in *Bouvier's Law Dictionary*, 3rd rev., 8th ed., s.v. "Maxim," pp. 2122-2168.

Universal contract law and, in pertinent part, CCC provide:

1550.
It is essential to the existence of a contract that there should be:
1. Parties capable of contracting;
2. Their consent;
3. Lawful object; and,
4. A sufficient cause or consideration. [Emphasis added.]

---

[1] We note that under section 122.32 of the U.S. Postal Service Domestic Mail Manual, the use of a zip code remains voluntary. See United States Postal Service Domestic Mail Manual § 122.32, at 55 (Mar. 1992). . . . *Joseph Peters v. National Railroad Passenger Corporation*, 966 F.2d 1483, 296 U.S. App. D.C. 202, 22 Fed.R.Serv.3d 1123 (1992).

[2] *Contra negantem principia non est disputandum.* There is no disputing against or denying principles. *Bouvier's Law Dictionary*, 6th ed., s.v. "Maxim."

   *Non est certandum de regulis juris.* There is no disputing about rules of law. *Bouvier's Law Dictionary*, 3rd rev., 8th ed., s.v. "Maxim."

[3] *Regula pro lege, si deficit lex.* In default of the law, the maxim rules. Ibid.

   *Maxime ita dicta quia maxima est ejus dignitas et certissima auctoritas, atque quod maxime omnibus probetur.* A maxim is so called because its dignity is chiefest, and its authority the most certain, and because universally approved by all. Ibid.

1 of 8      Certified Mail™ No. 7016 0750 0001 1567 1414

06/23/16

**1565.**
The consent of the parties to a contract must be:
1. Free;
2. Mutual; and,
3. Communicated by each to the other. [Emphasis added.]

**1567.**
An apparent consent is not real or free when obtained through:
1. Duress;
2. Menace;
3. Fraud;
4. Undue influence; or
5. Mistake. [Emphasis added.]

**1688.**
A contract is extinguished by its rescission.

**1689....**
(b) A party to a contract may rescind the contract in the following cases:
    (1) If the consent of the party rescinding, or of any party jointly contracting with him, was given by mistake, or obtained through duress, menace, fraud, or undue influence, exercised by or with the connivance of the party as to whom he rescinds, or of any other party to the contract jointly interested with such party. [Emphasis added.]

As verified herein, there exists no evidence that at the time I gave my apparent consent and authorized the opening of that certain account and accepted that certain franchise (collectively the "Former Account") with and from the Government of the United States ("USG"), via USG's agency, the United States Social Security Administration ("USSSA"), that was assigned the above former account number (the "Former Account Number"), and appeared to enter into that certain former conditional (*specifically*: assessment) contract (the "Former Social Security Contract"), I was located or born or naturalized in, or a resident or citizen of, the United States, or subject to United States' jurisdiction or eligible for such account or number (20 CFR § 422.104).

I recently discovered that at the time I was induced to authorize the opening of, and accept, the Former Account [*Qui tacet consentire videtur*. He who is silent appears to consent.] and give my apparent consent and enter into the Former Social Security Contract with USSSA:

- Neither the United States nor District of Columbia nor any political subdivision, agency, or instrumentality of either or both of the foregoing, nor USG nor any officer, employee, or elected official of any one or more of the foregoing, e.g., Commissioner of Social Security, nor any other thing otherwise within the meaning of any one or more of the foregoing (all of which of the foregoing are collectively "USG") , disclosed to me, nor was I seized of knowledge, that:

  o Per §§1 101(a)(1), (2) of the Social Security Act, only residents of the District of Columbia or Territory of Alaska, Hawaii, Puerto Rico, or the Virgin Islands are eligible therefor;

  o The principal part of the Former Social Security Contract is liability not for payroll tax but *income tax* [*Disparata non debent jungi*. Dissimilar things ought not to be joined.], a feature unrelated to the advertised purpose of the Social Security retirement program [*Intentio inservire debet legibus, non leges intentioni*. Intentions ought to be subservient to the laws, not the laws to intentions.] ;

  o Though promoted as a *personal* retirement program, Social Security is rather more akin to a *third-party* retirement program in that a Social Security payroll taxpayer contributes funds exclusively for the retirement or benefit of third parties whom he does not know and has never met, retaining no accrued property rights thereto [*Qui sentit onus, sentire debet et commodum*. He who bears the burden ought also to derive the benefit.], only the right to *receive* (not realize) Social Security benefits funded by others, an unconscionable bargain [*Nemo agit in seipsum*. No man acts against himself.];

     Certified Mail™ No. 7016 0750 0001 1567 1414
06/23/2016

o Upon giving my apparent consent and entering into the Former Social Security Contract, USG would corrupt my full true name, Nancy Alison Montgomery, which is properly written in accordance with the rules of English grammar, into a corporately styled, all-capital-letters NAME, a franchisee of the District of Columbia, also known as United States (*infra*, n. 7), and *juristic person*,[4] i.e., NANCY ALISON MONTGOMERY [*Talis non est eadem, nam nullum simile est idem*. What is like is not the same, for nothing similar is the same. — *Proprietas verborum observerandæ sunt*. The proprieties of words (i. e. proper meanings of words) are to be observed.], without my consent, and thereafter classify NANCY ALISON MONTGOMERY, and me by implication, to be a:

- member of the class defined as *Federal personnel* and United States Government employee[5];

- so-called *individual*[6] and *citizen of the United States*[7];

- so-called *person*[8] with political and civil rights conferred by Congress;

- legal resident of the District of Columbia, doing business as United States®,[9]and the subject of all legislation therein[10];

- citizen of the federal government[11]; and

- taxpayer,[12] personally liable to pay interest on the national debt[13] — *which debt is held by private bankers* — in the form of income tax.[14]

---

[4]juristic person ... a corporation ... or other legal entity that is recognized by law as the subject of rights and duties called also *artificial* person, *conventional* person, *fictitious* person *Merriam-Webster's Unabridged Dictionary*, inc. version 2.5, s.v. "Juristic person."

[5]the term "Federal personnel" means . . . individuals entitled to receive immediate or deferred retirement benefits under any retirement program of the Government of the United States (including survivor benefits). 5 USC *Government Organization and Employees* § 552a(a)(13).

[6]the term "individual" means a citizen of the United States or an alien lawfully admitted for permanent residence . . . Ibid, § 552a(a)(2).

[7] The United States is located in the District of Columbia. UCC § 9-307(h).

U.S. Const. Art. 1 § 8(17); 16 Stat. 419, Rev. Stat. D.C. § 2, and 49 Stat. 430; and 28 USC § 3002(15).

[8]The term "person" means an individual ... 42 USC § 1301(a)(3).

"person" includes an individual ... 5 USC § 551(2).

The term "person" shall be construed to mean and include an individual ... 26 USC § 7701(a)(1).

[9] E.g., United States Department of Commerce Census Bureau form entitled "United States® Census 2010."

[10]*And be it further enacted*, That the legislative power of the District shall extend to all rightful subjects of legislation within said District ... ch. 62, sec. 18, 16 Stat. 419, February 21, 1871

[11] A citizen of the United States is a citizen of the Federal government ... *Kitchens v. Steele*, D.C.W.D. Mo., 112 F.Supp.383 (1953).

[12]The revenue laws are a code or system in regulation of tax assessment and collection. They relate to taxpayers, and not to nontaxpayers. The latter are without their scope. No procedure is prescribed for nontaxpayers, and no attempt is made to annul any of their rights and remedies in due course of law. With them Congress does not assume to deal, and they are neither of the subject nor of the object of the revenue laws. *Long v. Rasmussen*, [9 Cir.] D.C.Mont. 1922, 281 F. 236.

[13] . . . 100 percent of what is collected [in income tax] is absorbed solely by interest on the Federal debt . . . In other words, all individual income tax revenues are gone before one nickel is spent on the services which taxpayers expect from their Government. J. Peter Grace, "President's Private Sector Survey on Cost Control: A Report to the President," dated and approved January 12 and 15, 1984, 3.

[14] In addition to other taxes, there shall be levied, collected, and paid upon the income of every individual a tax equal to the following percentages of the wages received by him . . . Social Security Act of August 14, 1935 [H. R. 7260], § 801 *Income tax on employees.*

Slater's protestations to the effect that he derives no benefit from the United States government have no bearing on his legal obligation to pay income taxes. . . . Unless the defendant can establish that he is not a citizen of the United States, the IRS possesses authority to attempt to determine his federal tax liability. United States v. Slater (D. Delaware, 1982), 545 F. Supp. 179, 182.

Certified Mail™ No. 7016 0750 0001 1567 1414

o   The Secretary of the Treasury, who does not work for USG[15], would convert, for purposes of income taxation, the Former Account Number into a so-called *taxpayer identification number* without my consent via application of IRC (i.e., IRC § 6109(d) *Use of social security account number*), a species of the revenue laws of the United States with which, prior to being induced to authorize, via my silence, the opening of the Former Account by the giving of my apparent consent to the Former Social Security Contract, I had no duty to know;

o   Using the pretext of a retirement program, USG intended [*Intentio inservire debet legibus, non leges intentioni*. Intentions ought to be subservient to the laws, not the laws to intentions.] to induce me to remain silent and thereby give my apparent consent to the Former Social Security Contract in order to:

•   Transform me into a member of the class defined as *Federal personnel* and a USG employee and citizen, political franchisee, and subject of the political, municipally incorporated District of Columbia, and therefore a so-called *citizen of the United States* and taxpayer over whose life, liberty, and property USG exercise absolute legislative, judicial, and executive power and jurisdiction;

•   Obligate me, as a constructive citizen of the District of Columbia, with legal residence therein, to pay interest, in the form of income tax, on the national debt incurred by Congress and owed to private bankers; and

•   Make me responsible for the funding of Social Security retirement, survivor, and disabled benefits to third parties whom I do not know in order to attract more payroll taxpayers into the Social Security retirement program (political movement) and, thereby, more income taxpayers to pay interest on the national debt incurred by Congress and owed to private bankers; and

o   USG intended to impute to my labor a <u>zero dollar-value ($0.00)</u> [*Intentio cceca, mala*. **A hidden intention is bad.**] in order to justify construing all my earnings to be 100% gains/profits/income for calculation of income-tax liability under the revenue laws of the United States [*Nemo debet rem suam sine facto aut defectu suo amittere*. **No one should lose his property without his act or negligence.**], despite the fact that there is zero gains/profits/income (12 Stat. 432, §§ 90-91, pp. 473-474, July 1, 1862) in what one receives for his labor, an equal exchange of consideration between parties;

o   The Social Security retirement program has all the elements of a Ponzi scheme [*Non differunt qua; concordant re, tametsi non in verbis iisdem*. **Those things which agree in substance, though not in the same words, do not differ.**], a fraudulent investment scheme wherein the prospect of a program participant realizing a retirement benefit is a gamble [*Nemo tenetur seipsam infortuniis et periculis exponere*. **No one is bound to expose himself to misfortune and dangers.**], dependent upon USG finding and luring into the scheme <u>*ever-increasing numbers*</u> of additional participants ("new investors"), who enter the workforce and contribute ("invest") sufficient payroll taxes to offset loss of contributions ("investments") from retiring payroll taxpayers ("old investors") and still meet scheduled Social Security benefits (artificially high dividends) for retirees/ survivors/disabled, each of which beneficiaries requires the contributions of multiple current workers ("new investors"), a scheme projected by you at www.ssa.gov to be operating in the red by 2019 and bankrupt by 2049;

---

[15]The U.S. Secretary of the Treasury receives no compensation for representing the United States. Senate Report No. 94-1 148 of October 1, 1976 (re amendment of Bretton Woods Agreements Act, P.L. 94-564, 90 Stat. 2660, re § 2 (p. 8) of House Report 13955), 5942.
No person [e.g., Secretary of the Treasury] shall be entitled to receive any salary or other compensation from the United States for services as a Governor [of the World Bank, IMF, etc.]. . . 22 USC § 286a(d)(l).



o   The ultimate beneficiaries of the principal part and object of the Social Security retirement program — *income-tax liability and revenue* — are private bankers;

o   USSSA is a quasi-constitutional agency run under the direct ownership and control of the municipal corporation, political state, and second national government known as District of Columbia (16 Stat. 419; 20 Stat. 102; 49 Stat. 430), doing business as United States®, which DBA is located in/synonymous with the District of Columbia (*supra*, n. 7); and

o   As of the Act of June 30, 1864 (*infra*), Congress are acting in bad faith toward the American People residing throughout the Union in that Congress pervert the *word* "state" into a *term of art* with a constitutionally opposite meaning to the only meaning of which it is reasonably capable, and thereafter revise it to "State" in the *Revised Statutes of the United States* . . . 1873- 74 (*infra*), the controlling definition of which in all subsequent congressional legislation, e.g., the Civil Rights Act of 1866, 14th and 16th Articles of Amendment to the Constitution, IRC of 1986, and every current federal title, comprehends only the District of Columbia and certain of the Territories [*Actio exteriora indicant interiora seer eta.* Outward acts indicate the inward intent.]; to the exclusion — per universal rules of statutory construction and interpretation (e.g., *expressio unius est exclusio alterius, ejusdem generis, noscitur a sociis, in pari materia*,[16] etc.) [*Statutes in derogation of common law must be strictly construed*.] — of the several states of the Union[17]; to *wit, respectively and in pertinent part*:

> *And be it further enacted,* That wherever the word state is used in this act it shall be construed to include the territories and the District of Columbia . . . ["An Act to provide Internal Revenue to support the Government, to pay Interest on the Public Debt, and for other Purposes," ch. 173, sec. 182, 13 Stat. 223, 306, June 30, 1864]

> The word "State," when used in this Title, shall be construed to include the Territories and the District of Columbia . . . [*Revised Statutes of the United States, Passed at the First Session of the Forty-third Congress, 1873- 74*, Title 35, ch. 1, p. 601, approved retroactively as of the Act of March 2, 1877, amended and approved as of the Act of March 9, 1878]

> The term "United States" when used in a geographical sense includes only the States [*identified in* ¶ *2, p. 7 hereof*] and the District of Columbia. [26 USC 7701(a)(9)]

Obligations imposed by universal law and, in pertinent part, CCC § 1709, provide:
One who willfully deceives another with intent to induce him to alter his position to his injury or risk, is liable for any damage which he thereby suffers.

Relying on representations from numerous disparate promoters, all of which run to USG, before and at the time I was induced to authorize the opening of the Former Account and give, by my silence upon attaining the age of majority, my apparent consent to the Former Social Security Contract [*Qui tacet consentire videtur. He who is silent appears to consent.*], I was induced to alter my position from:
- Constituent member of that certain body corporate and real and natural sovereign corporation known as *the good People of these Colonies,* successor sovereign to King George III of England and trustor of that certain voluntary trust known as *the United States of America,* under that certain declaration of trust known as *The unanimous Declaration of the thirteen united States of America* of July 4, 1776, and joint tenant in sovereignty who, in personal capacity as one of *the People* and beneficiaries of said trust, enjoys all unalienable Rights with which all men are endowed by their Creator, among which are Life, Liberty, and the pursuit of Happiness — and *nontaxpayer*,[18] i.e., Nancy Alison Montgomery, without the scope of the revenue laws of the United States; — **to**

---

[16] A Dictionary of Law, 7th ed., Jonathan Law and Elizabeth Martin, eds. (Oxford: Oxford University Press, 2009), s.v. "Interpretation, Rules and Principles of Statutory."
[17] The "50 States" are not *geographical areas* but *political societies* of Social Security franchisees residing within the respective exterior limits of the 50 Union-states: political subdivisions of the District of Columbia.
[18] *Supra,* n. 12.

Certified Mail™ No. 7016 0750 0001 1567 1414



• Member of the class known as *Federal personnel*, USG employee, political franchisee with residence, for certain legal purposes such as taxation, licensing, and a species of criminal jurisdiction not provided for by law, in the District of Columbia, citizen of the federal government, and so-called *individual, citizen of the United States*, and *person* with civil rights conferred by USG, wage-slave liable to income tax and subject to the absolute legislative, judicial, and executive power and jurisdiction of USG, and *taxpayer*, i.e., NANCY ALISON MONTGOMERY, both of the subject and of the object of the revenue laws of the United States and the subject of all legislation within the District of Columbia.

*Wherefore*: It is not unreasonable to conclude that I assumed the political liabilities and obligations that came with the Former Social Security Contract and Former Account unwittingly [*Nemo præsens nisi intelligat*. One is not present unless he understands.] and gave, against interest [*Nemo agit in seipsum*. No man acts against himself.], USG apparent consent to exercise absolute legislative, judicial, and executive power over, among other things, my life, liberty, and property, an unconscionable bargain, thereby altering my position to my injury and risk, relinquishing, unintentionally, *right of property* of my labor, earnings, and wealth and suffering loss of a substantial portion thereof, based on representations from numerous disparate promoters, all of which run to USG — e.g., *"You can't get a job without a social security number," "We require a social security number for a 1099 before we can pay you," "You can't remove your newborn from the hospital until he has a social security number," etc.* — and willful concealment of material risks, duties, and facts in the Former Social Security Contract, cited *supra*, <u>*and gave my apparent consent to USG via the Former Social Security Contract and Former Account by mistake as a consequence thereof*</u> [*Non consentit qui errat*. He who errs does not consent.] — which apparent consent I certainly would not have given had such representations not been foisted on me or the material risks, duties, and facts cited supra disclosed to me — thereby rendering it impossible to secure the mutual agreement and assent of the parties to substance and terms of contract [*Omnia præsumuntur legitime facta donec probetur in contrarium. All things are presumed to be done legitimately until the contrary is proved.*].

For the above reasons and on that basis [*Ignorantia facti excusat.... Acts done and contracts made under mistake or ignorance of a material fact are voidable and relievable in law and equity.* 2 Kent, Comm. 491 . . . *Black's Law Dictionary*, 2nd ed., s.v. "Ignorantia facti excusat"], as authorized by law:

I hereby extinguish, as of the date by me last-below written, the Former Social Security Contract and Former Account by rescission [*Exceptio ejus rei cujus petitur dissolutio nulla est*. There can be no plea of that thing of which the dissolution is sought. (*Bouvier's Law Dictionary*, 6th ed., s.v. "Maxim") — *Ubijus, ibi remedium*. Where there is a right, there is a remedy. — *Æquitas sequitier legem*. Equity follows the law. — *Equity suffers not a wrong without a remedy*. — *Perpetua lex est, nullam legem humanum ac positivam perpetuam esse; et clausula quæ abrogationem excludit initio non valet*. It is a perpetual law that no human or positive law can be perpetual; and a clause in a law which precludes the power of abrogation is void ab initio. — *When the common law and statute law concur, the common law is to be preferred*.] and disavow, ab initio, the said apparent consent given by me and obtained by USG through my mistake, and expressly disclaim and divest myself and any and all corruptions of my full true name, e.g., Nancy Alison Montgomery, now and forever, of any and all right (entitlement) to receive immediate or deferred Social Security retirement or survivor benefits [*Quilibet potest renunciare juripro se inducto*. Any one may renounce a right introduced for his own benefit.] under the Social Security retirement program of the Government of the United States, also known as the Government of the District of Columbia, and expressly disavow and disclaim, as one ineligible therefor, all such right (entitlement) thereto and retain none [*Tout ce que la loi ne defend pas est permis*. Everything is permitted, which is not forbidden by law.], and disavow all purported duties, liabilities, and obligations associated with the political franchisee, juristic person, and purported constructive citizen created via the Former Social Security Contract, i.e., NANCY ALISON MONTGOMERY, whose residence, for certain legal purposes, is the District of Columbia, effective the date of the opening of the Former Account [*Errores ad sua principia referre, est refellere*. To refer errors to their origin is to refute them.].

Certified Mail™ No. 7016 6750 0001 1567 1414



*Wherefore*: I hereby declare void all forms, cards, documents, and contracts and other instruments bearing my signature that may appear to evidence my consent or authorization re the Former Social Security Contract and Former Account, given by me and obtained by USG through my mistake [*Non consentit qui errat. He who errs does not consent.*].

*Be advised*: Notwithstanding any provision that allows for termination of the Former Social Security Contract (*infra*), but not for termination/cessation of the express object thereof, i.e., the franchise of right (entitlement) to receive immediate or deferred Social Security retirement or survivor benefits [*Quilibet potest renunciare juripro se inducto.* Any one may renounce a right introduced for his own benefit.] — effectively nullifying any such provision via compelled acceptance of the selfsame "right (entitlement) to receive Social Security benefits" and therefore void ab initio [*Perpetua lex est, nullam legem humanum ac positivam perpetuam esse; et clausula quae abrogationem excludit initio non valet.* It is a perpetual law that no human or positive clause can be perpetual; and a clause in a law which precludes the power of abrogation is void ab initio.] that purported to make me a USG employee, citizen of the federal government, and franchisee whose residence, for certain legal purposes, is the District of Columbia [*Contractus ex turpi causa, vel contra bonos mores nullus est. A contract founded on an unlawful consideration or against good morals, is null.*], rendering the Former Social Security Contract an unconscionable bargain [*Adjuvari quippe nos, non decipi, beneficio oportet.* For we ought to be helped by a benefit, not destroyed by it.] — such provision nevertheless is rendered moot by the fact that at the time I gave my apparent consent and appeared to execute the Former Social Security Contract I was located without the United States [*Locus contractus regit actum.* The place of the contract governs the act.], which in a <u>geographical sense</u> consists of the District of Columbia, the Commonwealth of Puerto Rico, Virgin Islands, Guam, American Samoa, and Northern Mariana Islands [42 USC §§ 1301(a)(1), (2), and (b)] and excludes all Union states, such as <u>Alaska</u> [42 USC § 1301(a)(8)(D)], but in a <u>political sense</u> means the <u>District of Columbia (only)</u> [42 USC § 1301(a)(8)(C)], the so-called 50 States being 50 *non-geographical* political subdivisions thereof, of which the <u>State of Alaska</u> (political society of legal residents of the District of Columbia residing within the exterior limits of Alaska) is one, but <u>Alaska</u> (geographical area) is not; thereby rendering otiose, nugatory, and non-existent any <u>right (entitlement) to receive immediate or deferred Social Security retirement or survivor benefits</u> and barring assertion of any claim to the contrary [*Quod alias bonum et justum est, si per vim velfraudem petatur, malum et injustum efficitur.* What is otherwise good and just, if sought by force or fraud, becomes bad and unjust.] by either or both of the doctrines of *equitable estoppel and legal estoppel; to wit, in pertinent part:*

> Each agreement shall contain provisions for its possible termination. If an agreement is terminated, entitlement to benefits and coverage acquired by an individual before termination shall be retained. . . . [Title 20 CFR *Employees' Benefits* § 404.1905 *Termination of agreements*]

*Be further advised*: This Extinguishment by Rescission, Disavowal of Consent, and Divestment of Right (Entitlement) and its contents are binding on every principal and agent re the subject matter set forth herein; and shall, along with the accompanying Affidavit of Mailing, be entered in evidence in any civil or criminal proceeding that may arise in connection therewith.

*Be further advised*: As one without the scope of the revenue laws of the United States, e.g., Titles 42 and 26 of the United States Code, I enjoy all rights and remedies in due course of law against officers and employees of the United States who, in discharge of discretionless ministerial duties, commit without authority, contrary to their duty, and in violation of the due process of the Constitution and the revenue laws of the United States, positive acts of trespass for which they are personally liable[19][*Nemo damnum facit, nisi qui id fecit quodfacere jus non habet.* No one is considered as committing damages, unless he is doing what he has no right to do.].

---

[19][7] The distinction between persons and things within the scope of the revenue laws and those without them is vital. See De Lima v. Bidwell, 182 U. S. 176, 179, 21 Sup.Ct. 743, 45 L.Ed. 1041. To the former only does section 3224 apply (see cases cited in Violette v. Walsh [D.C.] 272 Fed. 1016), and the well-understood exigencies of government and its revenues and their collection do not serve to extend it to the latter. It is a shield for official action, not a sword for private aggression. . . . *Long v. Rasmussen,* [9 Cir.] D.C.Mont. 1922, 281 F. 236.

Certified Mail™ No. 7016 0750 0001 1567 1414

*Be further advised:* Those officers, employees, or elected officials or political subdivisions, agencies, or instrumentalities of the United States or District of Columbia who wish to correspond with me are hereby given Notice via you and USSSA — origin of the counterfeit nexus between USG and me and from which all other such connections are derived — of my true, correct, complete, proper, and authorized mailing location [*Quælibet jurisdictio cancellos suos habet. Every jurisdiction has its bounds.*], which appears at the top of this *Extinguishment by Rescission, Disavowal of Consent, and Divestment of Right (Entitlement)* and is devoid of the two-character USPS® State-identifier for the so-called State of Florida, i.e., "FL," a so-called political subdivision (society of Social Security franchisees residing in Florida of the District of Columbia, also known as United States®, and numerical identifier of a particular United States Post Office™ or delivery unit known as a ZIP Code™.

As one who does not reside in the United States or District of Columbia, nor in a State or political subdivision thereof, such as, respectively, the Commonwealth of the Northern Mariana Islands or State of Florida, I have taken appropriate measures to ensure that any improperly addressed mailpiece that arrives in my mailbox by mistake is returned to sender, unopened. Commission of any act by you or any other USSSA officer or employee against me or any corruption of my full true name, alleging, expressly or impliedly, actual or constructive residence in territory or other property belonging to the United States, as signified by two-character, United States Postal Service® designator, such as "FL," or numerical identifier of a particular United States Post Office™ or delivery unit known as a ZIP Code™, as aforesaid, in contravention of the express provisions of this *Extinguishment by Rescission, Disavowal of Consent, and Divestment of Right (Entitlement)*, is unauthorized and willful and will result in undue expense and burden to the United States Postal Service® and shall constitute, without limitation, an act of bad faith, constructive fraud, and trespass on your part for which, in the event of damage, you are personally liable.

I, Nancy Alison Montgomery, do hereby solemnly swear, declare, and affirm [*Non est arctius vinculum inter homines quam jusjurandum. There is no stronger link among men than an oath.*] that I have examined this *Extinguishment of Contract by Rescission by Reason of the Giving of Consent by Mistake, Disavowal of Apparent Consent, and Divestment of Right (Entitlement) to Receive Social Security Retirement or Survivor Benefits* and any accompanying documents and that, in accordance with my best firsthand personal knowledge and belief, the contents hereof are true, correct, and complete [*Qui omne dicit, nihil excludit. He who says all excludes nothing.*]. This averment of Nancy Alison Montgomery is based on all information of which Nancy Alison Montgomery has any knowledge and is hereby executed in Pinellas County, Florida.

Date:  The twenty third day of the sixth month in the year of our Lord two thousand sixteen, June 23rd, A.D. 2016.

Autograph *Nancy Alison Montgomery*

*Nancy Alison Montgomery*

6-23-16  Tyler Ferguson
Date    Witness

6-23-16  Jada Cornish
Date    Witness

6-23-16  DAVID MARTINEZ
Date    Witness

Enclosure: Affidavit of Mailing

Certified Mail™ No. 7016 0750 0001 1567 1414

# Affidavit of Mailing

| | |
|---|---|
| United States of America* | ) |
| | ) |
| Florida | ) ss. |
| | ) |
| Pinellas County | ) |

I am over 18 years of age and not a party to the within action. My mailing location is:

Jessica Christianson
1189 Panorama Drive
Colorado Springs

On the 23rd day of June, 2016, I mailed one original of the following:

Extinguishment of Contract by Rescission by Reason of the Giving of Consent by Mistake,
Disavowal of Apparent Consent, and Divestment of Right (Entitlement) to Receive Social Security
Retirement or Survivor Benefits, signed, sworn to, and executed by Nancy Alison Montgomery the
Twenty third day of June in the year of our Lord two thousand sixteen, June 23, A.D. 2016, with three (3) subscribing witnesses,
eight (8) pages in length,

a total of eight (8) pages mailed herewith, including all enclosure/attachment pages
(not including this Affidavit of Mailing), by United States Postal Service® Certified Mail™,
Certified Mail™ No. 7016 0750 0001 1567 1414                                   ,
in a sealed envelope with postage pre-paid, properly addressed to Carolyn W. Colvin as follows:

Carolyn W. Colvin
Commissioner/Acting Commissioner of Social Security
6401 Security Boulvard
Baltimore, MD 21235

I, Jessica Christianson, do hereby solemnly swear, declare, and state that the foregoing is true,
correct, and complete and that this Affidavit of Mailing is executed June 23rd , 2016,
in Pinellas County, Florida

Printed name of mailing agent  _Jessica Christianson_

Date _6-23-16_ Witness: _Tyler Ferguson_

Date _6-23-16_ Witness: _DAVID MARTINEZ_

Date _6.23.16_ Witness: _Jada Cornish_

* In this Affidavit of Mailing, the proper noun "United States of America" means the collective of the
States (commonwealths) united by and under that certain Constitution ordained and implemented March 4, 1789,
Independence Hall, Philadelphia, Pennsylvania (the "Constitution"), and thereafter, numbering 50 at present, in
conformance with the popular and ordinary meaning of the word "States," i.e., the plural form of the word "State,"
as "States" and "State" are used in the Constitution and all other congressional legislation thereafter prior to June 30,
1864; also known as the Union and the Republic.

# AFFIDAVIT OF STATUS AND INTERNATIONAL PROCLAMATION OF THE INDIGENOUS REPATRIATED[1] WOMAN

## nova_alison_montgomery/nancy_alison_montgomery

### Universal Postal Union Bonded Contract Registered Mail #:
### RE 351 241 689 US

The undersigned Affiant, being of sound mind, competent of the age of majority and familiar with the facts herein stated, hereby proclaims and says to ALL:

The natural physical biological living Autochthon/Indigenous[2] [3] [4] woman of birth, nova_alison_montgomery[5], hereinafter known as "Autochthon/Indigenous Repatriated[6] Woman" (and/or "autochthon/indigenous repatriated woman"), and/or her legitimate successors, of the age of majority and not lost at sea, who holds priority claim with interests upon being conceived in this physical world on or about January 21, 1953 at Birth Location/Landmarks: latitude N 41.161454, longitude W -81.242033, (see attached Schedule 1, Celestial Navigation Data for 1953 January 21 at 00:00 UT,) on the continent known as North America, of the Americas, and upon entering this physical world alive via natural birth, as a female child, birthed on October 28, 1953 at 10:03  pm, EST (Eastern Standard Time)/03:03 UT (Universal Time) at Birth Location/Landmarks: latitude N 41.161454, longitude W -81.242033 (see attached Schedule 2, Celestial Navigation Data for 1953 October 28 at 03:03 UT,) at The Robinson Memorial Hospital, Ravenna city, Portage county, Ohio state, which is situated within the area commonly identified as the country of the united States of America (not the "United States" and/or "United States of America" corporation), located on the continent known as North America, of the Americas, which evidences her **"Universal Indigenous Allodial Title"**, and **Factual Celestial Record of Live Birth Location/Landmarks** indicating the **"first in time, first in line"** universal portal of entry in time of the said indigenous female-child on the surface of the earth, in the Western Hemisphere, and soil of the Americas, regarding the **true original real estate i.e., Nancy (Nova) Alison Montgomery, a private real natural living Autochthon/Indigenous Repatriated Woman** (first in time, first in line claim holder), **pre-dating the associated NANCY ALISON MONTGOMERY/NOVA ALISON MONTGOMERY**[7] Certificate of (Live) Birth, File # 639776, received for recording on November 4, 1953, including but not limited to CUSIP number and all derivatives, transfers, assigns, and sub-CUSIP numbers, ab initio, nunc pro tunc, d.b.a. NANCY ALISON

---

[1] Repatriate: to restore or return to the country of origin, allegiance, or citizenship. Business: http://www.merriam-webster.com/dictionary/repatriate.

[2] The Declaration of Indigenous Rights, enacted by the Organization American States which the United States and all its Departments are subject to All Articles Incorporated; The United Nations Declaration of the Rights of Indigenous Peoples UN 61/195 All Articles Incorporated;

[3] *autochthon*, noun, 1 One sprung from the earth itself; a member of a race claiming origin from the soil it dwells on; in the plural, aborigines; Funk & Wagnalls New Practical Dictionary [1955], Vol. 1, pg. 97. The Private Real Natural Living Woman herein described sprung forth from the soil of the earth by the Hands of the Creator הוהי Elohim Himself, Who formed him.

[4] Genesis 2:7 – "And הוהי Elohim formed the man out of dust from the ground, and breathed into his nostrils breath of life. And the man became a living being/soul."

[5] Synonymous with nancy_alison_montgomery

[6] Repatriate: to restore or return to the country of origin, allegiance, or citizenship. Business: http://www.merriam-webster.com/dictionary/repatriate. Repatriation is the process of returning a person to their place of origin or citizenship. Repatriation - Wikipedia, the free encyclopedia. https://en.wikipedia.org/wiki/Repatriation

[7] when referring to and/or referencing the Certificate of (live) Birth/Certificate of Birth and/or its associated estate, NANCY ALISON MONTGOMERY and NOVA ALISON are synonymous.

MONTGOMERY[8], Social Security # 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, is assuming, accepting and operating/officiating in the capacity as Nancy (Nova) Alison Montgomery[9] [sic], Office of the Grantor and/or Her successors, droit/droit, praetera preterea ("then as now and hereafter"), ab initio, on behalf of NANCY ALISON MONTGOMERY / Nancy Alison Montgomery, Certificate of (Live) Birth File No. 639776, received for recording on November 4, 1953, d.b.a. NANCY ALISON MONTGOMERY, Social Security # 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.

Let it be known that this "Affidavit and Proclamation" for "nova_alison_montgomery", private real natural living Autochthon/Indigenous Repatriated Woman, is under the authority of Ancient Writings of The Scriptures, Ancient Covenants, International Treaties, International Laws and/or any and ALL Declarations/Treaties known or yet to be known, between any nations, countries, states, heads of state, territories, counties, parishes, boroughs, provinces, corporations, trusts, fictional entities, municipalities, governments, banks, financial institutions, all judicial entities within any jurisdiction, churches, religious order, societies, groups, clans, tribes, families, dynasties, monarchies, royal families, pursuant to but not limited to:

- The Treaty of 1778, 17 September 1778;

- The Treaty of Peace and Friendship of 1787;

- The Convention on Rights and Duties of States, 49 Sat. 3097, T.S. 881 165; L.N.T.S. 19, 3 Bevans 145, done at Montevideo Uruguay, 26 December 1934 @ Art. 2-3 id est. "sovereign ecclesiastical State";

- International Organizations Immunities Act, 9 December 1945;

- Convention de La Haye du 5 Octobre 1961 (The Convention of the Hague, 5 October 1961);

- Hague Convention IV (Laws of War): Respecting the Laws and Customs of War on Land and its Annex: Regulations concerning the Laws and customs of War on Land, 18 October 1907;

- Geneva Conventions;

- Vienna Convention, 18 April 1961, U.N.T.S. Nos. 7319-7312 vol. 500, pp.95-239;

- Convention on the Conflict of Laws Relating to the Form of Testamentary Dispositions, Concluded 5 October 1961, #11, et. Seq., Conflict of Law (1993);

- Vienna Convention on the Law of Treaties, signed at Vienna 24 April 1963, U.N.T.S. Nos. 8638-8640 vol. 596, pp. 262-512;

---

[8] Where associated with the Social Security # 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, or variations thereof, within this document, ALL appellations apply, including NANCY ALISON MONTGOMERY; NOVA ALISON MONTGOMERY; NANCY A MONTGOMERY; NOVA A MONTGOMERY; NANCY A. MONTGOMERY; NOVA A. MONTGOMERY; MONTGOMERY; NANCY ALISON; MONTGOMERY; NOVA ALISON; MONTGOMERY; Nancy Alison; MONTGOMERY; Nova Alison; MONTGOMERY, Nancy A.; MONTGOMERY, Nova A.; MONTGOMERY, Nancy A; MONTGOMERY, Nova A; Nancy A. Montgomery; Nova A. Montgomery; Nancy A Montgomery, Nova A Montgomery
[9] Mixed case name "Nancy Alison Montgomery" or "Nova Alison Montgomery" herein this document depicts the Office of the Grantor and his/her Legitimate Successors.

- Vienna Convention on the Law of Treaties, signed at Vienna 23 May 1969 U.N.T.S. Entry into Force: 27 January 1980;

- Vienna Convention of the Law of Treaties U.N. DOC. A/CONF.39/27 (1969). 63 A.J.I.L. 875 (1969) at Article 2, 1(a), (b), and (g), and Article II for "limited accession" per TIAS 100072 33 U.S.T. 883, 527 U.N.T.S. 189;

- Universal Postal Convention\Treaty of Bern, 1874, General Postal Union: October 9, 1874;

Including but not limited to the following International Laws, Constitutions, Declarations, Treaties, Resolutions, Codes, Acts, etc.:

- The Law of Nations 1758;

- The Constitution of the Universal Postal Union;

- Postal Service Congressional Act of 91st Congress 375 Public Law;

- The Declaration of Indigenous Rights enacted by the Organization American States which the United States and all its Departments are subject to All Articles Incorporated;

- The United Nations Declaration of the Rights of Indigenous Peoples UN 61/195 All Articles Incorporated;

- The Universal Declaration of Human Rights, article 15: 1 & 2 Adopted by the General Assembly for the Rights of the Child 1959;

- UN 60/147 Basic Principles and Guidelines on the Right to a Remedy and Reparation for Victims of Gross Violations of International Human Rights Law and Serious Violations of International Humanitarian Law;

- The Treaty of Watertown 1776;

- United States Constitution, Article VI;

- Treaty of Cession, 8 STAT. 200 1803\Louisiana Purchase;

- Treaty of Ghent, 8 STAT. 218 1818;

- Florida Cession from Spain, 1819;

- Oregon Treaty, 9 STAT. 869, June 15, 1846;

- Texas Treaty 1845;

- Treaty of Guadalupe Hidalgo, 9 STAT. 922, February 2, 1848;

- Postal Service Congressional Act of 91st Congress 375 Public Law.



Excluding and making void over me, the Autochthon/Indigenous[10] [11] [12] Woman, the Treaty of 1213, not limited to any and ALL past, present and future Executive Orders of the Presidents of the United States, the Holy See and/or Papal Roman Catholic Church such as the Motu Proprio "UNAM SANCTAM"/"Papal Bulls", including but not limited to any and ALL derivatives of the following:

1. The Express Trust Unam Sanctam under the 1st Crown Cestui Que Vie Trust of the PAPAL BULL OF POPE NICHOLAS V, 1455 - PAPAL BULL ROMANUS PONTIFEX, and ALL rights of presumed ownership under the presumed control of the Pontiff and/or any successors in perpetuity, including but not limited to ALL presumptions, claims and/or claims of lien expressed by Papal Bull of the Vatican Pontiff that 1) any real or personal property, including but not limited to ALL estate, land patents/allodial titles and/or property interests thereof, presumably claimed as "Crown Land" under the presumed control of the Cestui Que Vie Trust, Unam Sanctum, and, 2) any presumptions and/or claims, etc., that deprives any and/or all beneficial entitlements and rights on any land and/or personal property originally possessed by nova_alison_montgomery, private Woman under Treaty and International Law, operating in the Office of Grantor;

2. The 2ND PAPAL BULL OF SIXTUS IV, 1481 – AETERNI REGIS (ETERNAL CROWN), Papal Bull of the Vatican Pontiff, that presume ownership over the body and mind of private Autochthon/Indigenous[13] [14] [15] Woman, nova_alison_montgomery, via the Birth Certificate/Certificate of Birth/Certificate of Live Birth, under the 2nd Crown Cestui Que Vie Trust, including but not limited to any and all by-products, creations and intellectual property, such as but not limited to DNA (i.e., deoxyribonucleic acid), fingerprints, footprints, signatures, and autographs regarding nova_alison_montgomery, living real Autochthon/Indigenous Repatriated Woman, assigned to the Beneficial Owner, including but not limited to any and ALL presumptions, claims and/or claims of lien, expressed via Papal Bull of the Vatican Pontiff, of nova_alison_montgomery being a Roman Person, Citizen or Slave in bondage to perpetual servitude; and,

3. The 3rd PAPAL BULL OF PAUL III, 1537 – CONVOCATION, Papal Bull of the Vatican Pontiff, of presumed ownership of and/or Title to the soul, spirit and/or

---

[10] The Declaration of Indigenous Rights, enacted by the Organization American States which the United States and all its Departments are subject to All Articles Incorporated; The United Nations Declaration of the Rights of Indigenous Peoples UN 61/195 All Articles Incorporated;

[11] *autochthon*, noun, 1 One sprung from the earth itself; a member of a race claiming origin from the soil it dwells on; in the plural, aborigines; Funk & Wagnalls New Practical Dictionary [1955], Vol. 1, pg. 97. The Private Real Natural Living Woman herein described sprung forth from the soil of the earth by the Hands of the Creator יהוה Elohim Himself, Who formed him.

[12] Genesis 2:7 – "And יהוה Elohim formed the man out of dust from the ground, and breathed into his nostrils breath of life. And the man became a living being/soul."

[13] The Declaration of Indigenous Rights, enacted by the Organization American States which the United States and all its Departments are subject to All Articles Incorporated; The United Nations Declaration of the Rights of Indigenous Peoples UN 61/195 All Articles Incorporated;

[14] *autochthon*, noun, 1 One sprung from the earth itself; a member of a race claiming origin from the soil it dwells on; in the plural, aborigines; Funk & Wagnalls New Practical Dictionary [1955], Vol. 1, pg. 97. The Private Real Natural Living Woman herein described sprung forth from the soil of the earth by the Hands of the Creator יהוה Elohim Himself, Who formed him.

[15] Genesis 2:7 – "And יהוה Elohim formed the man out of dust from the ground, and breathed into his nostrils breath of life. And the man became a living being/soul."

spirituality of nova_alison_montgomery, private Autochthon/Indigenous[16][17][18] Woman under Treaty and International Law, via Baptismal Certificate presumed to be under the 3rd Crown Cestui Que Vie Trust.

Therefore, I, the Autochthon/Indigenous Repatriated Woman, **hereby grant no permission** to the current, or any, Holy See (The Pope) to have control over me whatsoever, because I am neither a corporate fiction, chattel property/slave or fictitious entity, nor a creation or product of the Papacy. **Therefore, I absolutely and forever renounce and abjure, jura in re[19]/dominium/droit droit/without prejudice, nunc pro tunc, praetera preterea ("then as now and hereafter") ab initio ALL universal claims/liens against my life, my person, my soul, and said estate via the Papal UNAM SANCTAM, including but not limited to any and ALL Motu Proprio and/or derivatives thereof, and order the release, reimbursement, transfer, return of said estate and ALL that is due the Autochthon/Indigenous Repatriated Woman, including but not limited to all proceeds, incidentals, profits, values, titles, interest, securities, taxes, dues and any and all gains originating from the energy, signature, autograph, accounts, assets or instruments, lost and/or abandoned property or properties, known and yet to be known, to be used by the Nova Alison Montgomery Superior Foreign Allodial Estate in the service of Elohim, The True Creator Of All.**

## NOTICE TO PRINCIPAL IS NOTICE TO AGENT; NOTICE TO AGENT IS NOTICE TO PRINCIPAL ANO ALL SUCCESSORS AND ASSIGNS.

*"One Nation Within Elohim"*

"For all the law is fulfilled in one word, even in this: Thou shall love thy neighbor as thyself."
(Galatiyim/Galatians 5:14).

This "Affidavit and Proclamation of the Indigenous Repatriated Woman nova_alison_montgomery" on behalf of the **Nova Alison Montgomery Superior Foreign Allodial Estate** hereinafter is acknowledged by the Convention de La Haye du 5 octobre 1961 (The Convention of the Hague, 5 October 1961) is for Spiritual, Ecclesiastical, and Clerical purposes as a religious right and practice of beliefs.

"and has made us sovereigns and priests to His Elohim and Father, to Him be esteem and rule forever and ever. Amĕn." (Hazon/Revelation 1:6)

"and made us sovereigns and priests to our Elohim, and we shall reign upon the earth."
(Hazon/Revelation 5:10)

"And you shall be unto Me *(Elohim)* a kingdom of priests, and a set-apart nation..."
(Shemoth/Exodus 19:6)

---

[16] The Declaration of Indigenous Rights, enacted by the Organization American States which the United States and all its Departments are subject to All Articles Incorporated; The United Nations Declaration of the Rights of Indigenous Peoples UN 61/195 All Articles Incorporated;

[17] *autochthon*, noun, 1 One sprung from the earth itself; a member of a race claiming origin from the soil it dwells on; in the plural, aborigines; Funk & Wagnalls New Practical Dictionary [1955], Vol. 1, pg. 97. The Private Real Natural Living Woman herein described sprung forth from the soil of the earth by the Hands of the Creator יהוה Elohim Himself, Who formed her.

[18] Genesis 2:7 – "And יהוה Elohim formed the man out of dust from the ground, and breathed into his nostrils breath of life. And the man became a living being/soul."

[19] Black's Law 6th Ed. Jura in re (see Jus in re): Jus in re: A right in a thing. A right existing in a person with respect to an article or subject of property, inherent in his relation to it, implying *complete ownership with possession*, and *available against all the world.*

"Ye are a chosen generation, a royal priesthood, a set-apart nation, a peculiar people; that you should shew forth the praises of him who hath called you out of darkness into His marveloulight." (I Kĕpha Bĕt/I Peter 2:9)

## In the Presence of Elohim, Pope Francis, Bishop of Rome and Head of State of Vatican City, his successors, heirs and/or assigns and the World:

Be it known to ALL that, I, nova_alison_montgomery, the real living "Autochthon/Indigenous[20] [21] [22] Repatriated[23] Woman", pursuant to the Right to Self-Determination[24] via the CHARTER OF THE UNITED NATIONS, to the United States of America, Incorporation, d.b.a. as the USA, the UNITED STATES OF AMERICA, E PLURIBUS UNUM THE UNITED STATES OF AMERICA, UNITED STATES, INC., THE UNITED STATES, and any derivatives, appellations, variations or subsidiaries thereof, the United Nations, UNITED NATIONS, city-state of Westminster, Federal Reserve, FEDERAL RESERVE, International Monetary Fund, IMF, Bank for International Settlements, BIS, and all their respective franchises, agencies, and departments, including but not limited to the STATE OF OHIO, the COUNTY OF PORTAGE, City of Ravenna, **has the right to change her nationality[25] [26]**, who occupies the foreign power[27] of the Office of the Grantor of the Nova Alison Montgomery Foreign Allodial Estate, U.P.U. TBonded Contract Registered Mail Registered: RE 351 241 689 US, **has absolutely and forever renounced and abjured, jura in re[28]/dominium/droit droit/without prejudice, nunc pro tunc, praetera preterea ("then as now and hereafter") ab initio, ANY and ALL forms of worldly citizenship, membership, association, allegiance, and patriotism, including but not limited to United States Citizenship,** to the above listed parties and ANY and ALL allegiance and/or fidelity including but not

[20] The Declaration of Indigenous Rights, enacted by the Organization American States which the United States and all its Departments are subject to All Articles Incorporated; The United Nations Declaration of the Rights of Indigenous Peoples UN 61/195 All Articles Incorporated;

[21] *autochthon*, noun, 1 One sprung from the earth itself; a member of a race claiming origin from the soil it dwells on; in the plural, aborigines; Funk & Wagnalls New Practical Dictionary [1955], Vol. 1, pg. 97. The Private Real Natural Living Woman herein described sprung forth from the soil of the earth by the Hands of the Creator ㅠㅠ Elohim Himself, Who formed him.

[22] Genesis 2:7 – "And ㅠㅠ Elohim formed the **man** out of dust from the ground, and breathed into his nostrils breath of life. And the man became a living being/soul."

[23] Repatriation is the process of returning a person to their place of origin or citizenship. Wikipedia, the free encyclopedia. https://en.wikipedia.org/wiki/Repatriation

Repatriate: to restore or return to the country of origin, allegiance, or citizenship. http://www.merriam-webster.com/dictionary/repatriate

[24] "**All peoples have the right to self-determination.** By virtue of that right they freely determine their political status and freely pursue their economic, social and cultural development." (Charter of the United Nations, Article 1, paragraph 2; International Covenant on Economic, Social and Cultural Rights, Art. 1, 3, & 5; U.N. Declaration on the Granting of Independence to Colonial Countries and Peoples - Adopted by General Assembly Resolution 1514 (XV) of 14 December 1960); Right of Nationality under Self-Determination opens the door wide open for the recognition of the **Right to Self-Govern** by any living man or Woman, which means that one CANNOT be construed to be a CORPORATION and/or WARD of the STATE. One cannot be a citizen of the Corporate UNITED STATES with ALL its subsidiaries at the same time when Self-Governing, which also violates the scriptural maxims of Matthew 6:24, "No man can serve two masters," **(church & state)** and James 1:8, "A double minded man is unstable in all his ways." The right to self-govern is recognized via the U.N. and it cannot be questioned. "Everyone has the right to a nationality. No one shall be arbitrarily deprived nor denied the **right to change his nationality**". (The Universal Declaration Of Human Rights, article 15: 1 & 2 Adopted by the General Assembly for the Rights of the Child 1959); and "Every child shall be entitled from birth to a name and nationality". (Principle 3);

[25] "Everyone has the right to a nationality. No one shall be arbitrarily deprived nor denied the **right to change his nationality**". (The Universal Declaration of Human Rights, article 15: 1 & 2 Adopted by the General Assembly for the Rights of the Child 1959); and "Every child shall be entitled from birth to a name and nationality" (Principle 3).

[26] The Expatriation Act, section 1 – "Right declared. THEREFORE, Be it enacted by the Senate of the House of Representatives of the United States of America in Congress assembles, That any declaration, instruction, opinion, order, or decision of any officer of this government which denies, restricts, impairs, or questions the **right of expatriation**, is hereby declared inconsistent with the fundamental principles of this government"(Public Law, 15 United States Statutes at Large, Chapter 249, pp 223-224, (1868), also known as the "Expatriation Act").

[27] "If any citizen of the United States shall accept, claim, receive, or retain any title of nobility or honor, or shall, without the consent of congress, accept and retain any present, pension, office, or emolument of any kind whatever, from any emperor, king, prince, or foreign power, **such person shall cease to be a citizen of the United States, and shall be incapable of holding any office of trust** or profit under them, or either of them." (Article 13 of the Original Constitution of the United States; The True Republican of 1841, page 279; The Declaration Of Independence, The Constitution of The United States of America Constitution, The Farwell Address of George Washington and the Proclamation of General Jackson to the Nullifiers of South Carolina In 1832, page 46 and 47; The Whig Almanac of 1845, page 25; The Constitution of the United States, The Declaration Of Independence with Washington's Farewell Address published for the benefit of Blind E. Haines, page 21).

[28] Black's Law 6th Ed. Jura in re (see Jus in re): **Jus in re**: A right in a thing. A right existing in a person with respect to an article or subject of property, inherent in his relation to it, implying *complete ownership with possession*, and *available against all the world*.

limited to every foreign prince, foreign potentate, and foreign state or foreign sovereignty, nation, government, state, territory, province, county, parish, borough, monarchy, royal family, dynasty, federal tax authority and any and ALL other tax authorities, franchises, ALL secret societies, including but not limited to the Jesuits of Jesus, the Knights Templars, the Illuminati, and/or ALL churches whatsoever and especially noting the Black and White PAPACY of the ROMAN CATHOLIC CHURCH, CHURCH OF ENGLAND, ALL FORMS OF APOSTATE CHRISTENDOM, ALL forms of ISLAM, and any "CHURCH OF", and accepts the noble Royal Office of Grantor of the Nova Alison Montgomery Superior Foreign Allodial Estate, by and under the authority of The Most High Yahweh Elohim on behalf of the Nova Alison Montgomery Superior Foreign Allodial Estate, U.P.U. Bonded Contract Registered Mail Number: RE 351 241 689 US. **Therefore, this Affidavit and Proclamation upholds and claims the International Right to Self-Determination which maintains the true and distinct separation of Church and State by legalization via Hague Authentication that has established this treaty relationship for the herein established parties through the process of acceptance and adhesion[29] [30] to the herein listed Treaties and International Law.**

I, me, nova_alison_montgomery, Autochthon/Indigenous Repatriated real living woman of the Americas dejure[31], has accepted repatriation[32] to her homeland (the Americas) and has rejected expatriation into the United States from her own country of the Americas due to the lack of prior full knowledge, consent, and disclosure by way of NOVA ALISON MONTGOMERY, CERTIFICATE OF (LIVE) BIRTH, File # 639776, received for recording on November 4, 1953, and NOVA ALISON MONTGOMERY, associated with SOCIAL SECURITY VESSEL # 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, which, pursuant to the United Nations Declaration on the Rights of Indigenous Peoples, Article 20, section 2, Article 28, section 1 and 2[33] includes but not limited to the return back or conversion of ALL resources[34], property[35], foreign currency values and/or asset values such as gold/silver, pledged labor values or its equivalent off balance sheet account credit ledgers derived from him into the credit currency of his original country for use[36] by way of her elected Beneficial Owner.

Let it be also known to all the living and dead, and to all those responsible for administrating the affairs of the living and dead, that **ALL commercial contracts** ever actually or

[29] Vienna Convention on the Law of Treaties, 23 May 1969, Article 2 (b), (f), (g), Articles 11, 13, 13 (a), (b) and 15 (a)
[30] Blacks Law, 6th Edition. *Adhesion.* Agreement to join; adherence. The entrance of another nation into an existing treaty with respect only to a part of the principles laid down or the stipulations agreed to. Properly speaking, by adhesion the third nation becomes a party only to such parts as are specifically agreed to, and by accession it accepts and is bound by the whole treaty. See Accession
[31] According to rightful entitlement or claim; by right.
synonyms: by right, rightfully, legally, according to the law; rightful, legal
[32] Repatriation is the process of returning a person to their place of origin or citizenship. Repatriation - Wikipedia, the free encyclopedia. https://en.wikipedia.org/wiki/Repatriation
Repatriate: to restore or return to the country of origin, allegiance, or citizenship. Business: http://www.merriam-webster.com/dictionary/repatriate
[33] United Nations Declaration on the Rights of Indigenous Peoples, Article 20, section 2 - "Indigenous peoples deprived of their means of subsistence and development are entitled to just and fair compensation." Article 28, section 1 and 2 – "Indigenous peoples have the right to redress, by means that can include restitution or, when this is not possible, just, fair and equitable compensation, for...resources...which have been confiscated, taken, occupied, used or damaged without their free, prior and informed consent. Unless otherwise freely agreed upon by the peoples concerned, compensation shall take the form of...resources equal in quality, size and legal status or of monetary compensation or other appropriate redress."
[34] United Nations Declaration on the Rights of Indigenous Peoples.
[35] "The term 'property' is sufficiently comprehensive to include every species of estate, real and personal, and everything which one person can own and transfer to another. It extends to every species of right and interest capable of being enjoyed as such upon which it is practicable to place a money value. Yuba River Power Co. v. Nevada Irrigation District, 207 Cal. 521, 523, 279 P. 128, 129 (1929)
[36] Repatriation: The term may also refer to the process of converting a foreign currency into the currency of one's own country. Repatriation - Wikipedia, the free encyclopedia. https://en.wikipedia.org/wiki/Repatriation
Repatriate - business: To send (money) back to your own country. http://www.merriam-webster.com/dictionary/repatriate

4745 2821
6:26:16

presumptively existing between the Autochthon/Indigenous[37][38][39] Woman, known to the public as "nova_alison_montgomery", operating in the Office Grantor, Creditor, and Depositor, for Nova Alison Montgomery Superior Foreign Allodial Estate, and their similarly named NANCY ALISON MONTGOMERY ESTATE[40], evidenced by Certificate of Birth, File No. 639776, received of recording on December 23, d.b.a. NANCY ALISON MONTGOMERY, SOCIAL SECURITY VESSEL # 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, INFERIOR COPYHOLD ESTATE, and **ALL the following incorporated entities**, including but not limited to, the United States of America, Incorporation Date 04/19/89, File # 2193949, with ALL prior existences to the said Incorporation Date, present, or future derivatives, and/or variations, d.b.a. as the USA, the UNITED STATES OF AMERICA, E PLURIBUS UNUM THE UNITED STATES OF AMERICA, UNITED STATES, INC., UNITED STATES, and any derivatives, variations, appellations or subsidiaries thereof, the city-state of Westminster, United Nations, UNITED NATIONS, the UNITED STATES, Federal Reserve, FEDERAL RESERVE, International Monetary Fund, IMF, and all their respective franchises, agencies, and departments including but not limited to the State of Ohio and STATE OF OHIO, State of Florida and STATE OF FLORIDA, etc., **are uniformly invalidated** for non-disclosure, fraud, racketeering, force of arms, extortion, compulsion, semantic deceit, constructive unlawful conversion.

nova_alison_montgomery, autochthon/indigenous repatriated real living man of the Americas dejure is free and an inhabitant from the land of the Americas prior to the forming of the United States of America dejure and does not live within the jurisdiction of the United States of America, Incorporation Date 04/19/89, File # 2193949, with ALL prior existences to the said Incorporation Date, present, or future derivatives, and/or variations, d.b.a. as the USA, the UNITED STATES OF AMERICA, E PLURIBUS UNUM THE UNITED STATES OF AMERICA, UNITED STATES, INC., UNITED STATES, and any derivatives, variations, appellations or subsidiaries thereof, nor needs permission or authority to exist and travel without said jurisdiction. ALL signatures of "nova_alison_montgomery", "Autochthon/Indigenous[41][42][43] Woman", known to the public as "Nova Alison Montgomery",

---

[37] The Declaration of Indigenous Rights, enacted by the Organization American States which the United States and all its Departments are subject to All Articles Incorporated; The United Nations Declaration of the Rights of Indigenous Peoples UN 61/195 All Articles Incorporated;

[38] *autochthon*, noun, 1 One sprung from the earth itself; a member of a race claiming origin from the soil it dwells on; in the plural, aborigines; Funk & Wagnalls New Practical Dictionary [1955], Vol. 1, pg. 97. The Private Real Natural Living Woman herein described sprung forth from the soil of the earth by the Hands of the Creator חיהי Elohim Himself, Who formed him.

[39] Genesis 2:7 – "And חיהי Elohim formed the man out of dust from the ground, and breathed into his nostrils breath of life. And the man became a living being/soul."

[40] 18 U.S. Code § 1116 (b)(4) "Internationally protected person" means—
(A) a Chief of State or the political equivalent, head of government, or Foreign Minister whenever such person is in a country other than his own and any member of his family accompanying him; or
(B) any other representative, officer, employee, or agent of the United States Government, a foreign government, or international organization who at the time and place concerned is entitled pursuant to international law to special protection against attack upon his person, freedom, or dignity, and any member of his family then forming part of his household.
Convention on Internationally Protected Persons, Article 1 § 1 (a)(b) and 2.
    1. "internationally protected person" means:
        a. a Head of State, including any member of a collegial body performing the functions of a Head of State under the constitution of the State concerned, a Head of Government or a Minister for Foreign Affairs, whenever any such person is in a foreign State, as well as members of his family who accompany him;
        b. any representative or official of a State or any official or other agent of an international organization of an intergovernmental character who, at the time when and in the place where a crime against him, his official premises, his private accommodation or his means of transport is committed, is entitled pursuant to international law to special protection from any attack on his person, freedom or dignity, as well as members of his family forming part of his household;
    2. "alleged offender" means a person as to whom there is sufficient evidence to determine prima facie that he has committed or participated in one or more of the crimes set forth in article 2.

[41] The Declaration of Indigenous Rights, enacted by the Organization American States which the United States and all its Departments are subject to All Articles Incorporated; The United Nations Declaration of the Rights of Indigenous Peoples UN 61/195 All Articles Incorporated;

[42] *autochthon*, noun, 1 One sprung from the earth itself; a member of a race claiming origin from the soil it dwells on; in the plural, aborigines; Funk & Wagnalls New Practical Dictionary [1955], Vol. 1, pg. 97. The Private Real Natural Living Woman herein described sprung forth from the soil of the earth by the Hands of the Creator חיהי Elohim Himself, Who formed him.

[43] Genesis 2:7 – "And חיהי Elohim formed the man out of dust from the ground, and breathed into his nostrils breath of life. And the man became a living being/soul."



operating in the Office Grantor, Creditor and Depositor, with her similarly named Superior Foreign Allodial Estate, and/or ALL signatures of NOVA ALISON MONTGOMERY, SOCIAL SECURITY VESSEL # 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, and the similarly named NOVA ALISON MONTGOMERY ESTATE, evidenced by Certificate of (Live) Birth, File # 639776, including privately held American express and *inter vivos* trusts "NOVA ALISON MONTGOMERY, i.e. Certificate of (Live) Birth, File # 639776, d.b.a., NOVA ALISON MONTGOMERY, SOCIAL SECURITY VESSEL # 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, and ALL Powers of Attorney and ALL Authorized Representative capacities for the herein said ESTATES/Estates of the herein said Autochthon/Indigenous Repatriated Woman, are **revoked** from all documents, including but not limited to any and ALL US Citizenship documents of any kind/type, US Passports, US Passport Cards, Residency documents of any kind, Permits and Licenses of any kind/type, State Marriage Licenses, State Issued Driver's Licenses and/or Identification Cards, Registrations of any kind/type, Vehicle Registrations, Applications and/or Contracts of any kind or type, Education Registrations and Enrollments of any kind and any and all associated documents and paperwork, Library Cards, Voter's Registrations, Social Security Cards, Employment Documents and Records, Traffic Tickets and/or Citations, Summonses, Presentments, Court Cases and any and all associated paperwork and documents and instruments, Student Loans, Student Grants, Scholarships, Memberships, Bank and/or Financial Institution Documents of any type/kind, Credit Applications, Mortgage Documents, Medical Documents, Health Records, Insurance Documents, Benefit Documents, Requests and/or Applications provided to any US government agency or franchise or any associated office, agency, franchise, and/or related entity in the possession of any of the incorporated entities which claim or seek to claim any beneficial commercial interest in them or the said ESTATES/Estates or which claim any representative capacity related to them or their ESTATES whatsoever, pursuant to said International Status.

All interest, good faith service, and accrual on investment is owed to the said Estates/ESTATES of the True Qualified Appointed Beneficial Owner and entitlement holder, which is due and owed to her and her heirs, as prime investor, creditor, and depositor, without exception or prejudice by the officers and administrators of the United States of America, Incorporation Date 04/19/89, File # 2193949, with ALL prior existences to the said Incorporation Date (excluding the dejure united States of America), present, or future derivatives, and/or variations, d.b.a. as the USA, the UNITED STATES OF AMERICA, E PLURIBUS UNUM THE UNITED STATES OF AMERICA, UNITED STATES, INC., UNITED STATES, and any derivatives, appellations, variations or subsidiaries, the city-state of Westminster, United Nations, UNITED NATIONS, the UNITED STATES, Federal Reserve, FEDERAL RESERVE, International Monetary Fund, IMF, Bank for International Settlement, BIS, and all their respective franchises, agencies, and departments not limited to ALL Courts, the State of Ohio and STATE OF OHIO and the State of Florida and STATE OF FLORIDA, etc.

Be it also known that nova_alison_montgomery, Autochthon/Indigenous Repatriated Woman operating in the capacity as Grantor **now exercises his birthright under Treaty and International Law,** not limited to International Declarations, upon the jurisdiction of the land, air and sea united by the herein listed International Treaties and that she has the full and unimpeded right to act as Beneficiary of these said International Treaties, International Laws and International Declaration to issue orders related to their administration, and **to demand compliance** by all receiving States for all related International Treaty provisions/obligations owed by the United States of America (Corporation) and the United Nations, city-state of Westminster, the STATE OF OHIO, the COUNTY OF PORTAGE, City of Ravenna, and any successors, executors, administrators, corporate officers, elected or appointed officials,

trustees, agents, agencies, franchises, franchise operators, and employees thereof, now and in perpetuity.

Let it be known that this Instrument of the INDIGENOUS REPATRIATED WOMAN, U.P.U. Bonded Contract Number: RE 351 241 689 US, is under Treaty and International Law and nova_alison_montgomery, Autochthon/Indigenous[44 45 46] Woman, operating in the capacity of the Office of the Grantor for NOVA ALISON MONTGOMERY INFERIOR COPYHOLD ESTATE, i.e. Certificate of (Live) Birth, File # 639776, INFERIOR COPYHOLD ESTATE, d.b.a., NOVA ALISON MONTGOMERY, SOCIAL SECURITY VESSEL # 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, (herein known as the "INFERIOR COPYHOLD ESTATE") under Treaty and International Law, is accepted as fact and truth that the Superior Allodial Foreign Estate of the Autochthon/Indigenous[47 48 49] Woman, nova_alison_montgomery, evidenced by Certificate of (Live) Birth, File # 639776, received for recording on November 4, 1953, who possesses the "Superior Copyhold Title" for the NOVA ALISON MONTGOMERY "INFERIOR COPYHOLD ESTATE", i.e. Certificate of (Live) Birth, File # 639776, INFERIOR COPYHOLD ESTATE, d.b.a., NOVA ALISON MONTGOMERY, SOCIAL SECURITY VESSEL # 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, granted and commissioned privileges and rights of the use of said property without receiving "full disclosure" via the Social Security Administration associated with the SS-5 Social Security Application for a Social Security card with the assigned SOCIAL SECURITY VESSEL # 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.

No contract based on unilateral, uninformed, undisclosed, or otherwise prejudicial claims of residency, benefit, status, license, mortgage, or other contract lacking true equitable consideration and consent can be maintained with regard to the herein mentioned Estates/ESTATES of living inhabitants of the jurisdictions of the Nova Alison Montgomery Superior Foreign Allodial Estate under The Eternal Kingdom of Elohim, and not subject to the jurisdiction of the land, air, sea, and/or UNAM SANCTAM/Private Roman Catholic Ecclesiastical Trust nor any and ALL of its Papal Bulls.

Indigenous men and woman and their ESTATES are additionally protected by treaty and national trust and are owed safe conduct for themselves and their commercial vessels on and above the Land, the High Seas and Navigable Inland Waterways. For military tribunal purposes, the Autochthon/Indigenous[50 51 52] Woman, and her commercial vessels are non-combatant Third Parties.

---

[44] The Declaration of Indigenous Rights, enacted by the Organization American States which the United States and all its Departments are subject to All Articles Incorporated; The United Nations Declaration of the Rights of Indigenous Peoples UN 61/195 All Articles Incorporated;

[45] *autochthon*, noun, 1 One sprung from the earth itself; a member of a race claiming origin from the soil it dwells on; in the plural, aborigines; Funk & Wagnalls New Practical Dictionary [1955], Vol. 1, pg. 97. The Private Real Natural Living Woman herein described sprung forth from the soil of the earth by the Hands of the Creator יהוה Elohim Himself, Who formed him.

[46] Genesis 2:7 – "And יהוה Elohim formed the man out of dust from the ground, and breathed into his nostrils breath of life. And the man became a living being/soul."

[47] The Declaration of Indigenous Rights, enacted by the Organization American States which the United States and all its Departments are subject to All Articles Incorporated; The United Nations Declaration of the Rights of Indigenous Peoples UN 61/195 All Articles Incorporated;

[48] *autochthon*, noun, 1 One sprung from the earth itself; a member of a race claiming origin from the soil it dwells on; in the plural, aborigines; Funk & Wagnalls New Practical Dictionary [1955], Vol. 1, pg. 97. The Private Real Natural Living Woman herein described sprung forth from the soil of the earth by the Hands of the Creator יהוה Elohim Himself, Who formed him.

[49] Genesis 2:7 – "And יהוה Elohim formed the man out of dust from the ground, and breathed into his nostrils breath of life. And the man became a living being/soul."

[50] The Declaration of Indigenous Rights, enacted by the Organization American States which the United States and all its Departments are subject to All Articles Incorporated; The United Nations Declaration of the Rights of Indigenous Peoples UN 61/195 All Articles Incorporated;

[51] *autochthon*, noun, 1 One sprung from the earth itself; a member of a race claiming origin from the soil it dwells on; in the plural, aborigines; Funk & Wagnalls New Practical Dictionary [1955], Vol. 1, pg. 97. The Private Real Natural Living Woman herein described sprung forth from the soil of the earth by the Hands of the Creator יהוה Elohim Himself, Who formed him.

[52] Genesis 2:7 – "And יהוה Elohim formed the man out of dust from the ground, and breathed into his nostrils breath of life. And the man became a living being/soul."



All Provost Marshals, all members of the civilian police forces, all members of the United States Armed Forces, all members of STATE operated National Guard units, all members of government agencies including but not limited to the U.S. Marshals Service, FBI, State Troopers, BLM, BATF, IRS, and ALL other code enforcement agents/officers, including but not limited to those of any state, territory, county, parish, borough, municipality, city, town and/or annex, are ordered to recognize pursuant to the herein listed treaties the absolute international authority under treaty of said Autochthon/Indigenous[53] [54] [55] Woman, and her Third Party commercial vessels NOVA ALISON MONTGOMERY "INFERIOR COPYHOLD ESTATE", i.e. Certificate of (Live) Birth, File # 639776, INFERIOR COPYHOLD ESTATE, d.b.a., NOVA ALISON MONTGOMERY, SOCIAL SECURITY VESSEL # 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. All governmental, police, law enforcement and military officers and agents are obligated to honor the **Treaties in which the United States is a signatory or party to** in all dealings with or pertaining to the herein identified parties.

All actions of the various Probate Courts operating in maritime jurisdictions and merely presuming death based on the inaction of Autochthon/Indigenous[56] [57] [58] Woman, and serving to establish maritime salvage liens against her ESTATES are by these Orders invalidated and made completely null and void. All Indigenous men and woman whose names and similarly named ESTATES are presently included on tax rolls, and who are recorded by census data, school records, birth certificates, and other public documents **must be presumed to be alive and competent** in the absence of a properly **sworn** Death Certificate signed by the local Coroner stating the cause of death, date, time, and place, and corroborated by at least two responsible and knowledgeable living witnesses. In the case of legitimately missing people, diligent search and fully disclosed publication of all claims against their estates must be made by giving Notice to the last known address and next of kin. Any contrary presumption or practice is fraudulent, null and void.

Any action of the Probate Courts operating in maritime jurisdictions and making claim upon actual real assets of similarly named Persons in behalf of legal fiction as "missing persons" by the United States of America, Inc., UNITED STATES, FEDERAL RESERVE, or any franchises or agencies thereof, are similarly rendered null and void. Once created, legal fictions do not have any necessary or valid estate; such estate, as they may legitimately be granted, must be obtained under conditions of a fully revealed and disclosed contract entered into voluntarily and with explicit individual understanding and consent. **Any estate obtained by legal fiction entities by process of semantic deceit or undisclosed contract belongs in fact and law to those defrauded.** This Affidavit and Proclamation commands and requires the return of all titles to land, homes, properties, securities, and businesses which have been held under color of law by the Federal Reserve doing business as the United States of America, Inc., and their bankruptcy Trustee, the Secretary of the Treasury of Puerto Rico, the Depository

[53] The Declaration of Indigenous Rights, enacted by the Organization American States which the United States and all its Departments are subject to All Articles Incorporated; The United Nations Declaration of the Rights of Indigenous Peoples UN 61/195 All Articles Incorporated;

[54] *autochthon*, noun, 1 One sprung from the earth itself; a member of a race claiming origin from the soil it dwells on; in the plural, aborigines; Funk & Wagnalls New Practical Dictionary [1955], Vol. 1, pg. 97. The Private Real Natural Living Woman herein described sprung forth from the soil of the earth by the Hands of the Creator יהוה Elohim Himself, Who formed him.

[55] Genesis 2:7 – "And יהוה Elohim formed the man out of dust from the ground, and breathed into his nostrils breath of life. And the man became a living being/soul."

[56] The Declaration of Indigenous Rights, enacted by the Organization American States which the United States and all its Departments are subject to All Articles Incorporated; The United Nations Declaration of the Rights of Indigenous Peoples UN 61/195 All Articles Incorporated;

[57] *autochthon*, noun, 1 One sprung from the earth itself; a member of a race claiming origin from the soil it dwells on; in the plural, aborigines; Funk & Wagnalls New Practical Dictionary [1955], Vol. 1, pg. 97. The Private Real Natural Living Woman herein described sprung forth from the soil of the earth by the Hands of the Creator יהוה Elohim Himself, Who formed him.

[58] Genesis 2:7 – "And יהוה Elohim formed the man out of dust from the ground, and breathed into his nostrils breath of life. And the man became a living being/soul."

Trust Company (DTC) and their administrative agents, including the Custodian of Alien Property and the Comptroller General, including but not limited to ALL yet to be known entities.

All separate registrations under the Sheppard Towner Act of 1921 and the Selective Service Act cannot be applied to Autochthons and their progeny by agents of the United States of America (Corporation) d.b.a. the United States of America, Inc. and/or its various State franchises, and subsequently maintained by STATE franchises of the United Nations and the International Monetary Fund, are invalid as a class for anything but traditional recording purposes, and the benefit of any securities based in whole or in part upon these and/or any other involuntary or undisclosed registrations, such as "Vehicle Registrations", are **private property** benefiting the individual Autocthons who are the **lawful entitlement holders** of all commercial vessels operated under their given names of d.b.a. names by any corporation providing governmental services, **including banks**. All vessels in commerce operated under the names of Autocthons are owed full treaty and trusteeship obligations from the United States of America (Corporation), and ALL subsidiary STATES, the United Nations and ALL franchises and agencies in which and by which these nation states operate worldwide.

This Instrument commands performance that includes but is not limited to the return of all real assets and property owed to nova_alison_montgomery free of claim, debt, and encumbrance created under conditions of fraud, breach of trust, and breach of commercial contract.

All judges, attorneys, clerks, and other employees of incorporated courts and court systems, together with the international banks employing them, who have knowingly failed to fully and freely disclose their nature, identity, status, jurisdiction, standing, and venue are subject to international criminal prosecution for felony fraud under treaty with full commercial liability, and all law enforcement officers and agents and military officers and personnel who enforce illegal actions ordered by these in-house international commercial tribunals against Autochthonsat the request of any such "court" are responsible for war crimes committed against non-combatant as of October 28, 1953.

All politicians and Trust Management Organization employees acting directly or via franchise and/or agency who have been elected or appointed to private corporate offices within governmental service corporations, their franchises, and/or agencies, and who have knowingly pretended to occupy public offices of the American organic states, d.b.a. STATE OF OHIO and STATE OF FLORIDA, etc., and who have transgressed beyond their limited and private authority are **fully liable for impersonating American public officials** while acting as private corporate officers.

All federal and federal franchise ("State" and "STATE") employees who have **willfully** and **knowingly** conspired to misinform, mislead, mortgage, indebt, extort credit from and otherwise undermine the material interests of Autochthonsvia non-disclosure, fraud, racketeering, force of arms, extortion, compulsion, semantic deceit and constructive unlawful conversion are guilty of international crime against humanity and war crimes against unarmed and non-combatant autochthon/indigenous inhabitants of the land and against commercial vessels **belonging by birthright and copyhold** to those inhabitants under treaty via the International Criminal Court.

The United States of America corporation and the city-state of Westminster and all associated franchises, agencies, agents, employees an representatives are ordered to comply with all stipulations and limitations required by the International Treaty and the original equity

contract known as "The Constitution for the united States of America" when addressing the Autochthon/Indigenous[59] [60] [61] Woman, and when providing any and all government services to the same, inhabiting the land of the domestic geographically defined fifty (50) states. They are likewise commanded to release all titles and claims held under color of law against the ESTATES of the Autochthons inhabiting the organic states of the Union. **All incorporated governmental services organizations must immediately cease all action against the material interests of the Autochthon/Indigenous Repatriated Woman, and settle all accounts.**

There are no so-called "war powers" allowed to any member of Congress representing The United States of America (Major), which has remained at peace since 1865. Likewise, there are no "emergency powers" granted by any of the organic states, no indefinite detainment provisions applicable to any Internationally Protected Person under the National Defense Authorization Act 2012, or any similar "Act" of Congress. All "Acts of Congress" undertaken without full commercial liability and not fully enacted as Public Law apply only to the employees and **CITIZENS** of the United States of America (Corporation) **and no claim** of employment or "US citizenship" made by the United States of America (Corporation) **against** any Autochthon/Indigenous[62] Woman of the land of the fifty (50) states can be maintained on the basis of non-disclosure, fraud, racketeering, force of arms, extortion, compulsion, semantic deceit and constructive unlawful conversion, unilateral, or second party contract or presumption in violation of the actual American Public Law governing US citizenship, US Statute at Large 2.

Any deliberate or systematic use of the given name of any living individual man or Woman by **any incorporated entity pretending to represent them or their material interests** to create legal fiction entities operated under, in, or for their name without the full knowledge and consent of that individual is a **prohibited abuse of the rights of usufruct.** All such acts, proposals, programs, and agencies created by the United Nations and/or by the United States of America (Corporation) addressed to Indigenous men and woman to conscript, obligate, indebt, misinform, or entrap them into any contract whatsoever in which the identity and true nature of the Parties is obscured, not in kind, or wherein the actual terms, claims, conditions, and results of contract are not made explicit, plain, and fully revealed are null and void *ab initio,* as if they never were. All representations serving to misappropriate the good faith and credit of Autochthons and their Estates/ESTATES in favor of any incorporated entity of self-

---

[59] The Declaration of Indigenous Rights, enacted by the Organization American States which the United States and all its Departments are subject to All Articles Incorporated; The United Nations Declaration of the Rights of Indigenous Peoples UN 61/195 All Articles Incorporated;

[60] *autochthon,* noun, 1 One sprung from the earth itself; a member of a race claiming origin from the soil it dwells on; in the plural, aborigines; Funk & Wagnalls New Practical Dictionary [1955], Vol. 1, pg. 97. The Private Real Natural Living Woman herein described sprung forth from the soil of the earth by the Hands of the Creator יהוה Elohim Himself, Who formed him.

[61] Genesis 2:7 – "And יהוה Elohim formed the man out of dust from the ground, and breathed into his nostrils breath of life. And the man became a living being/soul."

[62] 18 U.S. Code § 1116 (b)(4) "Internationally protected person" means—

(A) a Chief of State or the political equivalent, head of government, or Foreign Minister whenever such person is in a country other than his own and any member of his family accompanying him; or

(B) any other representative, officer, employee, or agent of the United States Government, a foreign government, or international organization who at the time and place concerned is entitled pursuant to international law to special protection against attack upon his person, freedom, or dignity, and any member of his family then forming part of his household.

Convention on Internationally Protected Persons, Article 1 § 1 (a)(b) and 2.

   1. "internationally protected person" means:

    a. a Head of State, including any member of a collegial body performing the functions of a Head of State under the constitution of the State concerned, a Head of Government or a Minister for Foreign Affairs, whenever any such person is in a foreign State, as well as members of his family who accompany him;

    b. any representative or official of a State or any official or other agent of an international organization or an intergovernmental character who, at the time when and in the place where a crime against him, his official premises, his private accommodation or his means of transport is committed, is entitled pursuant to international law to special protection from any attack on his person, freedom or dignity, as well as members of his family forming part of his household;

   2. "alleged offender" means a person as to whom there is sufficient evidence to determine prima facie that he has committed or participated in one or more of the crimes set forth in article 2.

interest are null and void. All registrations, licenses, application processes, and similar devices used by the Federal Reserve d.b.a. United States of America, Inc. and International Monetary Fund d.b.a. UNITED STATES and the FEDERAL RESERVE now operating as an entity incorporated under United Nations auspices, and their various agencies and "state" franchises, are fraudulent, null and void.

**Any undeclared agent of the United States of America (Corporation) or the United Nations caught soliciting such contracts will be prosecuted and no further enforcement of such contracts will be allowed against any birthright of the Autochthon/Indigenous Repatriated Woman. Such foreign, repugnant, and misrepresented commercial contracts include but are not limited to: vehicle registrations, driver licenses, marriage licenses, voter registrations, applications for welfare or medical or insurance benefits, including "Social Security insurance", claims of foreign citizenship or foreign personage (such as 14th Amendment U.S. Citizenship), residency, mortgages, and public employee retirement benefits.**

Parents are not enabled to indebt, pledge, conscript, or otherwise enter their children into any form of bondage, debt, peonage, or enslavement. Any and all relinquishments of individual or parental rights must be voluntary, fully disclosed, completely enumerated, fully discussed, and the real natures and actual identities of all parties to any custodial, commercial, or grant contract of any kind whatsoever, like any agency appointment, must in **all** details be fully revealed and disclosed, explicitly discussed, explicitly agreed upon, and voluntarily entered into by all parties. Any contracts failing these requirements and merely being presumed to exist via tacit agreements, third party representations, or presumed benefit are null and void. Therefore, ALL profits, real assets, securities and property obtained by non-disclosure and/or misrepresentation, creating unjust enrichment for undisclosed beneficiaries, are commanded and required to be returned to the **lawful entitlement holders and/or beneficial owner**, free of claim, debt, and encumbrance created under conditions of fraud, breach of trust, and breach of commercial contract.

This Affidavit and Proclamation of the Indigenous Repatriated Woman requires that all law enforcement and military officers and agents currently in the employment of the United States of America, Incorporation Date 04/19/89, File # 2193949, with ALL prior existences to the said Incorporation Date, present, or future derivatives, and/or variations, d.b.a. as the USA, the UNITED STATES, OF AMERICA, E PLURIBUS UNUM THE UNITED STATES OF AMERICA, UNITED STATES, INC., UNITED STATES, and any derivatives, appellation, variations or subsidiaries thereof, the city-state of Westminster, and the United Nations, together with their commercial companies under contract to provide services within the fifty (50) UNITED STATES **be fully and freely informed** of these facts and the limitations that are fully applicable to them and their operations. All Autochthons are, and must be considered and treated as, non-combatant Third Parties without exception, who are owed peace and protection and performance from all commercial contracts, treaties, trust indentures, and agreements entered into by the Papacy,  the UNAM SANCTAM and its members, franchises, and agencies, the USA, the UNITED STATES, OF AMERICA, E PLURIBUS UNUM THE UNITED STATES OF AMERICA, UNITED STATES, INC., UNITED STATES, and any derivatives, variations, appellations and/or subsidiaries thereof, the city-state of Westminster, and the United Nations.

This Instrument also requires that corporate administrative tribunals operating as courts of any kind explicitly and fully declare their identities, natures, venues, services, ownerships, and proper jurisdiction in plain, explicit, fully revealed language with no further purpose of evasion,

obstruction, or lack of good faith service. They are additionally commanded to scrupulously observe their limitations and to clearly state their foreign jurisdictions whenever addressing Internationally Protected Persons.

It is with sincere appreciation and gratitude that the Autochthon/Indigenous Repatriated Woman's Entire Estate has been administered by faithful trustees and tutors, in Form and Substance of said estate, including but not limited to and any and all connected and/or related Instruments such as, but not limited to, Securities, Social Security, Birth Certificate/Certificate of Live Birth/Record of Live Birth held in Trust in any and all Form and Substance of Trust, including but not limited to Cestui Que(s), be returned to the Autochthon/Indigenous Repatriated Woman's Estate or her appointed Beneficial Owner.

It is also hereby accepted and acknowledged by ALL "receiving States" of this Instrument of the Indigenous Repatriated Woman under the authority of the above Ancient Writings of The Scriptures, with the Ancient Covenants, International Treaties, International Laws and/or Declarations known or yet known, that ALL (past, present and future) acting and performing fiduciaries including but not limited to all nations, countries, states, heads of state, territories, counties, parishes, boroughs, provinces, corporations, trusts, fictional entities, municipalities, governments, banks, financial institutions, all judicial entities (in any jurisdiction), churches, religious orders, societies, groups, clans, tribes, families, dynasties, royalty and/or royal families, and any offices, agents and/or assigns, powers of attorney, successors and/or assigns associated with any and all records and/or accounts connected with the Pass-Through NOVA ALISON MONTGOMERY, SOCIAL SECURITY VESSEL # 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 and any derivatives thereof, for all properties listed herein (known as "Fiduciary Agents and Custodians") are for all accounts associated with NOVA ALISON MONTGOMERY ESTATE, evidenced by Certificate of Birth, File No. 639776, received for recording November 4, 1953, and NOVA ALISON MONTGOMERY SOCIAL SECURITY VESSEL # 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. Fiduciary Agents and Custodians of any and ALL receiving States holding properties under the control of the Nova Alison Montgomery Superior Foreign Allodial Estate are to cease and desist ALL actions against INFERIOR COPYHOLD ESTATE, i.e. Certificate of (Live) Birth, File # 639776, INFERIOR COPYHOLD ESTATE, d.b.a., NOVA ALISON MONTGOMERY, SOCIAL SECURITY VESSEL # 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, and settle, close and reimburse/transfer/return his estate and ALL that is due, including but not limited to all proceeds, incidentals, profits, values, titles, interest, securities, taxes, dues, and any and all gains originating from the energy, signature, autograph, accounts, assets, and/or instruments, lost and/or abandoned properties, known and to be known, to the Beneficial Owner, i.e., the Nova Alison Montgomery Superior Foreign Allodial Estate, for the original intent and purpose of the Autochthon/Indigenous Repatriated Woman, who is alive and cannot be presumed dead. Therefore, her estate cannot be administered as a surrendered decedent estate by any receiving states.

Be it known to all that natural physical biological living Autochthon/Indigenous[63] [64] [65] Woman of birth, nova_alison_montgomery, occupying the Office of Grantor, Creditor, and Depositor for NOVA ALISON MONTGOMERY ESTATE, the INFERIOR COPYHOLD ESTATE, i.e. Certificate of (Live) Birth, File # 639776, d.b.a., NOVA ALISON MONTGOMERY, SOCIAL SECURITY VESSEL # 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 has appointed NOVA ALISON MONTGOMERY SOCIAL SECURITY VESSEL # 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 as General Executor over her Estate/ESTATE to present all her affairs.

### Issuance of This Instrument

On this day, I, nova_alison_montgomery, natural physical biological living Autochthon/Indigenous[66] [67] [68] Woman of birth, herein described, and who by issuing this Affidavit and Proclamation, does hereby and hereunto set my hand and Seal as my free voluntary Act and Deed for the uses and purposes herein mentioned, on this 26th day of the sixth month, in the Year of our All Mighty Redeemer and Saviour the Most-High-King and Most-High-Priest-YahuShuah-ben-YHWH_ (YahuAh)-ha-Mashiach, two thousand and sixteen.

### General Attestation

I, the One by natural physical biological living Autochthon/Indigenous Repatriated Woman of birth, nova_alison_montgomery, herein described, presiding in the Office of Grantor, Creditor, and Depositor, verify, attest and affirm that I have read the foregoing Affidavit and Proclamation and know the content thereof is true, correct, materially complete, certain, not misleading, all to the best of my belief, and this I solemnly pledge, verify, attest and affirm before my All Mighty Creator.

KNOW ALL MEN BY THESE PRESENTS, that the Autochthon/Indigenous Repatriated Woman, Non-adverse, does affirm as Principal, nunc pro tunc, droit/droit, praetera preterea from Moment of Creation, is a Living-Soul, Non-Patriot, Neutral, Non-Resident Alien Individual to the powers of this carnal world, an Ambassador Diplomat and Beneficiary from the Original Jurisdiction of Elohim whose natural woman was Prime-Creditor and Asset for NOVA ALISON MONTGOMERY, ESTATE, Trust Certificate and/or Certificate of Birth, File No. 639776, received for recording on November 4, 1953, d.b.a. NOVA ALISON

---

[63] The Declaration of Indigenous Rights, enacted by the Organization American States which the United States and all its Departments are
subject to All Articles Incorporated; The United Nations Declaration of the Rights of Indigenous Peoples UN 61/195 All Articles Incorporated;

[64] *autochthon*, noun, 1 One sprung from the earth itself; a member of a race claiming origin from the soil it dwells on; in the plural, aborigines; Funk & Wagnalls New Practical Dictionary [1955], Vol. 1, pg. 97. The Private Real Natural Living Woman herein described sprung forth from the soil of the earth by the Hands of the Creator יהוה Elohim Himself, Who formed him.

[65] Genesis 2:7 – "And יהוה Elohim formed the man out of dust from the ground, and breathed into his nostrils breath of life. And the man became a living being/soul."

[66] The Declaration of Indigenous Rights, enacted by the Organization American States which the United States and all its Departments are subject to All Articles Incorporated; The United Nations Declaration of the Rights of Indigenous Peoples UN 61/195 All Articles Incorporated;

[67] *autochthon*, noun, 1 One sprung from the earth itself; a member of a race claiming origin from the soil it dwells on; in the plural, aborigines; Funk & Wagnalls New Practical Dictionary [1955], Vol. 1, pg. 97. The Private Real Natural Living Woman herein described sprung forth from the soil of the earth by the Hands of the Creator יהוה Elohim Himself, Who formed him.

[68] Genesis 2:7 – "And יהוה Elohim formed the man out of dust from the ground, and breathed into his nostrils breath of life. And the man became a living being/soul."

MONTGOMERY, SOCIAL SECURITY VESSEL # 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, a free Woman upon the free Soil of this Autochthon/Indigenous Repatriated Woman, both public and private, foreign and domestic, whose natural Woman spiritually died and who was born again/re-birthed a new creature of the Most-High- (Kĕpha Aleph/I Peter 1:23; Romiyim/Romans 6:2-11, The Scriptures, Hebraic Roots Version) has accepted the Office of the Grantor in the Nova Alison Montgomery Superior Foreign Allodial Estate, who is debt-free by the Blood Covenant of Yeshua Messiah from United States jurisdiction, including but not limited to ALL jurisdictions of this present world, being an Ambassador Diplomat (Eph`siyim/Ephesians 6:19-20 - The Scriptures, Hebraic Roots Version) of Yeshua Messiah, and Joint-Heir (Romiyim/Romans 8:17 - The Scriptures, Hebraic Roots Version); with all related diplomatic immunities, whose life is hid with the Messiah in Elohim (Qolasim/Colossians 3:3-10 - The Scriptures, Hebraic Roots Version). The natural physical biological living Autochthon/Indigenous Repatriated Woman of birth, nova_alison_montgomery, affirms that she is operating in the Office of Nova Alison Montgomery[69] [sic], Grantor, and/or her successors, **is alive** and of age of majority, competent to testify, having personal first-hand knowledge of the truths and facts herein used, being true, correct, complete, certain, and not misleading.

The Official/Authorized Seal of Nova Alison Montgomery [sic], Office of the Grantor, is the only Lawful Seal affixed upon this Official Instrument, and other correspondence appertaining, are held exclusively in the custody, possession and control of Nova Alison Montgomery [sic] in the Office of the Grantor and/or his successors unless otherwise expressly assigned or transferred and not for any other unauthorized use or purpose. The herein Grantor, solely and exclusively, without exceptions, reserves the right for defining all content within this Affidavit and Proclamation. The Office of the Grantor and its legitimate successors solely and exclusively, without exception, reserves the right for defining all content within this document and/or amending same as needed from time to time to further express the intent and purpose of this Ministry and The Most High Elohim.

Let this Instrument herein stand as the truth before our **All Mighty Creator, Redeemer and Saviour, the Most-High-King** and Most-High-Priest-YahuShuah-ben-YHWH (YahuAh)-ha-Mashiach, and let it be established before all men and women accordingly as the Scriptures saith:

"In the mouth of two or three witnesses shall every word be established." In the **Book of Qorintiyim Bĕt/II Corinthians Chapter 13, verse 1** (ref.: DEBARIM/**Deuteronomy 19:15**)

"He is the Rock, his work is perfect: for all His ways are judgment: a (Father) of truth and without iniquity, just and right is He." (DEBARIM/**Deuteronomy 32:4**)

"YahuShuah saith unto him, I am the Way, the Truth, and the Life; no man cometh to the Father, but by Me" (Yohanan/**John 14:6**)

"In whom ye also trusted, after that ye heard the word of truth, the [Message] of your salvation: in whom also that ye believed, ye were sealed with that ("Comforter"/"Ruach-ha-Kodesh") of promise." (Eph`siyim/**Ephesians 1:13**)

*4-7454-2821*

*6-26-16*

*No...*

---

[69] Mixed case name "Nova Alison Montgomery" herein this document depicts the Office of the Grantor and his/her Legitimate Successors.

"For all the law is fulfilled in one word, even in this: Thou shall love thy neighbor as thyself."
(Galatiyim/**Galatians** 5:14)

This Instrument comes without the United States of America, Incorporation Date 04/19/89, File # 2193949, with ALL prior existences to the said Incorporation Date, present, or future derivatives, and/or variations, d.b.a. as the USA, the UNITED STATES, OF AMERICA, E PLURIBUS UNUM THE UNITED STATES OF AMERICA, UNITED STATES, INC., UNITED STATES, and any derivatives, variations, appellations or subsidiaries thereof, without the United Nations, without the city-state of Westminster, without representation, and without prejudice.

NOTICE TO ANY AGENTS IS NOTICE TO ALL PRINCIPALS; NOTICE TO ANY PRINCIPAL IS NOTICE TO ALL AGENTS AND ALL SUCCESSORS AND ASSIGNS.

I hereby autograph, seal, and issue this Final Judgment and AFFIDAVIT AND PROCLAMATION of the INDIGENOUS REPATRIATED WOMAN nova_alison_montgomery to all officers, appointees, agents, franchises, agencies, subsidiaries, employees, and representatives of the United States of America, Incorporation Date 04/19/89, File # 2193949, with ALL prior existences to the said Incorporation Date, present, or future derivatives, and/or variations, d.b.a. as the USA, the UNITED STATES, OF AMERICA, E PLURIBUS UNUM THE UNITED STATES OF AMERICA, UNITED STATES, INC., UNITED STATES, and any derivatives, variations or subsidiaries thereof, the city-state of Westminster, and the United Nations operating on the land of the fifty (50) organic states of The United States of America (Major) and subject them to performance of all treaties and contracts owed as employees, public servants, trustees, administrators, commissioned officers and in all and any capacities whatsoever which provide for their strictly defined and limited use of our property.

On this the 26th day of the sixth month, in the Year of our Lord two thousand and sixteen[70].

And so it is.

L.S.: nova_alison_montgomery [sic], Natural Physical Biological Living Autochthon/Indigenous Repatriated Woman of birth, but not individually

By: *nova alison montgomery*

L.S.: Nova Alison Montgomery [sic], Office of the Grantor, and her legitimate successors for the Nova Alison Montgomery Superior Foreign Allodial Estate, but not individually, U.P.U. Treaty Bonded Contract Registered Mail Registered: RE 351 241 675 US

By *Nova Alison Montgomery*

Furthermore, Affiant sayeth naught.

---

[70] This date uses, for convenience of the statutory-fictional authorities, the Roman Civil calendar, commonly in use in the so-called "Western" world, it is not intended to reflect the actual date, which would be the equivalent ancient Hebrew Scriptural calendar.

Furthermore, Affiant sayeth naught.

By: *nova alison montgomery*
nova_alison_montgomery, Living Indigenous/Autochthon,
Woman


### Notary Jurat

*Notice: Using a notary on this document does not constitute any adhesion, nor does it in any manner alter any legal status of the above-name party; the purpose of a notary is verification and identification purposes only and not for entering said party into any foreign jurisdiction.*


STATE OF FLORIDA
COUNTY OF PINELLAS


The forgoing instrument was acknowledged before me this _2 6_ day of June, 2016, by

*nova alison montgomery*

(SEAL)

_____
Notary Signature

Yolanda spradling
Notary Printed Name

Personally known____✓____
or Produced Identification_____
Type of Identification Produced_____

YOLANDA SPRADLING
Commission # FF 999248
Expires June 6, 2020
Bonded Thru Troy Fain Insurance 800-385-7019

**Affidavit of Status and Proclamation of the Indigenous Woman**

## Schedule 1

## Celestial Positioning at Time of Conception

**Celestial Navigation Data for 1962 Feb  8 at  0:00:00 UT**

For Assumed Position:   Latitude    N  41 13.0
                        Longitude   W  73 43.3

| Object | GHA | | Almanac Data Dec | | Hc | | Zn | | Refr | Altitude Corrections SD | PA | Sum |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | o | ' | o | ' | o | ' | o | \| | ' | ' | ' | ' |
| MOON | 135 | 31.8 | S 3 | 01.0 | +18 | 40.5 | 248.3 | \| | -3.1 | 16.6 | 57.7 | 71.1 |
| ACAMAR | 93 | 25.0 | S40 | 27.8 | + 6 | 23.2 | 195.0 | \| | -7.9 | 0.0 | 0.0 | -7.9 |
| ADHARA | 33 | 20.0 | S28 | 55.4 | +10 | 32.0 | 144.8 | \| | -5.1 | 0.0 | 0.0 | -5.1 |
| ALDEBARA | 69 | 11.1 | N16 | 25.9 | +64 | 54.5 | 169.7 | \| | -0.5 | 0.0 | 0.0 | -0.5 |
| ALIOTH | 304 | 31.7 | N56 | 09.7 | +16 | 24.9 | 26.7 | \| | -3.3 | 0.0 | 0.0 | -3.3 |
| ALKAID | 291 | 06.5 | N49 | 29.9 | + 6 | 28.8 | 23.4 | \| | -7.8 | 0.0 | 0.0 | -7.8 |
| ALNILAM | 54 | 02.8 | S 1 | 13.7 | +43 | 56.9 | 152.1 | \| | -1.0 | 0.0 | 0.0 | -1.0 |
| ALPHARD | 356 | 11.1 | S 8 | 29.7 | + 3 | 37.5 | 104.6 | \| | -12.1 | 0.0 | 0.0 | -12.1 |
| ALPHERAT | 136 | 01.2 | N28 | 52.8 | +38 | 38.4 | 277.0 | \| | -1.2 | 0.0 | 0.0 | -1.2 |
| BELLATRI | 56 | 50.7 | N 6 | 18.8 | +51 | 59.5 | 152.1 | \| | -0.8 | 0.0 | 0.0 | -0.8 |
| BETELGEU | 49 | 20.4 | N 7 | 23.9 | +49 | 50.6 | 140.6 | \| | -0.8 | 0.0 | 0.0 | -0.8 |
| CAPELLA | 59 | 08.9 | N45 | 57.7 | +78 | 27.0 | 60.9 | \| | -0.2 | 0.0 | 0.0 | -0.2 |
| DENEB | 187 | 35.6 | N45 | 08.6 | +14 | 37.0 | 318.2 | \| | -3.7 | 0.0 | 0.0 | -3.7 |
| DIPHDA | 127 | 12.3 | S18 | 11.9 | +12 | 40.6 | 231.5 | \| | -4.3 | 0.0 | 0.0 | -4.3 |
| DUBHE | 332 | 15.9 | N61 | 57.2 | +30 | 44.9 | 32.4 | \| | -1.7 | 0.0 | 0.0 | -1.7 |
| ELNATH | 56 | 38.8 | N28 | 34.6 | +71 | 11.9 | 126.9 | \| | -0.3 | 0.0 | 0.0 | -0.3 |
| ELTANIN | 228 | 41.8 | N51 | 29.4 | + 5 | 14.0 | 344.7 | \| | -9.3 | 0.0 | 0.0 | -9.3 |
| HAMAL | 106 | 21.9 | N23 | 17.0 | +57 | 22.8 | 246.8 | \| | -0.6 | 0.0 | 0.0 | -0.6 |
| KOCHAB | 274 | 55.5 | N74 | 18.4 | +26 | 24.1 | 6.3 | \| | -2.0 | 0.0 | 0.0 | -2.0 |
| MARKAB | 151 | 54.5 | N15 | 00.0 | +18 | 37.1 | 273.9 | \| | -2.9 | 0.0 | 0.0 | -2.9 |
| MENKAR | 92 | 32.9 | N 3 | 56.3 | +49 | 04.4 | 209.4 | \| | -0.9 | 0.0 | 0.0 | -0.9 |
| MIRFAK | 87 | 13.2 | N49 | 43.7 | +77 | 18.3 | 316.6 | \| | -0.2 | 0.0 | 0.0 | -0.2 |
| POLLUX | 21 | 52.1 | N28 | 07.1 | +46 | 04.9 | 90.4 | \| | -1.0 | 0.0 | 0.0 | -1.0 |
| PROCYON | 23 | 17.3 | N 5 | 19.2 | +32 | 33.6 | 114.4 | \| | -1.6 | 0.0 | 0.0 | -1.6 |
| REGULUS | 346 | 01.7 | N12 | 09.1 | + 9 | 41.3 | 82.3 | \| | -5.5 | 0.0 | 0.0 | -5.5 |
| RIGEL | 59 | 26.4 | S 8 | 14.9 | +38 | 49.3 | 161.7 | \| | -1.2 | 0.0 | 0.0 | -1.2 |
| SCHEDAR | 128 | 02.4 | N56 | 19.9 | +52 | 20.2 | 312.5 | \| | -0.8 | 0.0 | 0.0 | -0.8 |
| SIRIUS | 36 | 44.9 | S16 | 40.0 | +22 | 45.1 | 141.3 | \| | -2.3 | 0.0 | 0.0 | -2.3 |
| POLARIS | 108 | 20.9 | N89 | 05.5 | +41 | 57.7 | 359.3 | \| | -1.1 | 0.0 | 0.0 | -1.1 |
| ARIES | 137 | 37.2 | | | | | | | | | | |

Moon phase is waxing crescent,  13% illuminated

## Schedule 2

## Celestial Positioning at Time of Birth

Celestial Navigation Data for 1962 Nov  1 at 19:41:00 UT

For Assumed Position:  Latitude   N  41 11.1
                       Longitude  W  73 42.2

| Object | GHA | Dec | Hc | Zn | | Refr | SD | PA | Sum |
|--------|-----|-----|-----|-----|---|------|-----|-----|-----|
| | ° ' | ° ' | ° ' | ° | | ' | ' | ' | ' |
| SUN | 119 20.4 | S14 28.1 | +20 10.9 | 227.5 | I | -2.7 | 16.1 | 0.1 | 13.5 |
| MOON | 68 59.8 | S20 25.6 | +28 14.0 | 175.0 | I | -1.9 | 15.3 | 49.6 | 63.0 |
| VENUS | 103 57.8 | S24 58.8 | +18 07.7 | 208.7 | I | -3.0 | 0.5 | 0.5 | -2.0 |
| JUPITER | 0 35.6 | S11 40.2 | + 4 38.6 | 109.9 | I | -10.2 | 0.4 | 0.0 | -9.8 |
| SATURN | 28 06.1 | S19 41.8 | +15 53.4 | 135.6 | I | -3.4 | 0.1 | 0.0 | -3.3 |
| ALIOTH | 142 46.4 | N56 09.7 | +44 09.6 | 313.5 | I | -1.0 | 0.0 | 0.0 | -1.0 |
| ALKAID | 129 21.1 | N49 30.0 | +50 56.5 | 301.7 | I | -0.8 | 0.0 | 0.0 | -0.8 |
| ALPHECCA | 102 35.4 | N26 50.6 | +62 17.2 | 247.9 | I | -0.5 | 0.0 | 0.0 | -0.5 |
| ALPHERAT | 334 14.5 | N28 53.2 | +12 06.6 | 62.0 | I | -4.5 | 0.0 | 0.0 | -4.5 |
| ALTAIR | 38 37.3 | N 8 46.3 | +45 09.6 | 126.3 | I | -1.0 | 0.0 | 0.0 | -1.0 |
| ANTARES | 89 05.3 | S26 20.9 | +20 58.6 | 194.8 | I | -2.6 | 0.0 | 0.0 | -2.6 |
| ARCTURUS | 122 22.7 | N19 22.7 | +43 25.0 | 257.2 | I | -1.0 | 0.0 | 0.0 | -1.0 |
| DENEB | 25 49.2 | N45 09.1 | +55 22.0 | 67.0 | I | -0.7 | 0.0 | 0.0 | -0.7 |
| DENEBOLA | 159 04.6 | N14 46.9 | +13 06.2 | 278.3 | I | -4.1 | 0.0 | 0.0 | -4.1 |
| DUBHE | 170 30.6 | N61 57.0 | +32 37.7 | 326.3 | I | -1.5 | 0.0 | 0.0 | -1.5 |
| ELTANIN | 66 55.9 | N51 29.9 | +78 41.3 | 22.0 | I | -0.2 | 0.0 | 0.0 | -0.2 |
| ENIF | 10 16.3 | N 9 42.3 | +26 17.0 | 100.5 | I | -2.0 | 0.0 | 0.0 | -2.0 |
| KAUS AUS | 60 26.5 | S34 24.2 | +13 26.0 | 168.8 | I | -4.0 | 0.0 | 0.0 | -4.0 |
| KOCHAB | 113 11.1 | N74 18.6 | +52 17.0 | 343.7 | I | -0.8 | 0.0 | 0.0 | -0.8 |
| MARKAB | 350 08.0 | N15 00.4 | +14 35.4 | 82.7 | I | -3.7 | 0.0 | 0.0 | -3.7 |
| MIRFAK | 285 26.4 | N49 43.7 | + 5 05.3 | 20.0 | I | -9.5 | 0.0 | 0.0 | -9.5 |
| NUNKI | 52 37.6 | S26 20.6 | +19 42.0 | 160.0 | I | -2.7 | 0.0 | 0.0 | -2.7 |
| RASALHAG | 72 33.9 | N12 35.4 | +61 23.2 | 177.7 | I | -0.5 | 0.0 | 0.0 | -0.5 |
| SABIK | 78 48.4 | S15 40.7 | +32 56.4 | 185.9 | I | -1.5 | 0.0 | 0.0 | -1.5 |
| SCHEDAR | 326 15.4 | N56 20.1 | +25 01.4 | 35.7 | I | -2.1 | 0.0 | 0.0 | -2.1 |
| SHAULA | 73 05.9 | S37 04.7 | +11 44.1 | 179.5 | I | -4.6 | 0.0 | 0.0 | -4.6 |
| SPICA | 135 03.6 | S10 57.8 | +13 14.1 | 242.3 | I | -4.1 | 0.0 | 0.0 | -4.1 |
| VEGA | 56 56.7 | N38 45.2 | +76 57.0 | 95.2 | I | -0.2 | 0.0 | 0.0 | -0.2 |
| ZUBENELG | 113 39.9 | S15 53.1 | +21 59.9 | 221.8 | I | -2.4 | 0.0 | 0.0 | -2.4 |
| POLARIS | 306 03.8 | N89 05.4 | +40 37.5 | 0.9 | I | -1.2 | 0.0 | 0.0 | -1.2 |
| ARIES | 335 51.5 | | | | | | | | |

Moon phase is waxing crescent,  17% illuminated

Nancy (aka Nova) Alison Montgomery
2042 Rainbow Farms Drive
Safety Harbor, Florida
(Please be advised: ZIP Code™ declined.)

June 21, 2016

Keith Delucia, Postmaster
Certified Mail™ No._____
United States Post Office™
Safety Harbor, FL 34695

Re: Declination of ZIP Code™

## Notice of Authorized Mailing Location and other Things

Dear Postmaster Delucia:

This is Notice of my true, correct, complete, proper, and authorized mailing location, set forth
hereinabove with specificity. In respect thereof, I hereby authorize you to deliver to me, mail
matter displaying any of various innocuous alterations or abbreviations of the name and street
identifiers set forth therein.

Notwithstanding the foregoing authorization: As authorized by law[1], you are hereby expressly
forbidden to deliver to, Nancy (or Nova) Alison Montgomery or any variation in the spelling thereof,
any mailpiece bearing, as part of said 's mailing location, any

(1) United States Postal Service® two-character State identifier, e.g., "FL," or
(2) United States Post Office™ or delivery-unit numerical identifier[2] known as a ZIP Code™.[3]

Attempted delivery of mail matter in contravention of the above order will result in undue
expense and burden to the United States Postal Service® in that any and all such mailpieces
will be returned at time of delivery[4]or thereafter (marked "No such address").

Abuse or neglect of the order in this **Notice of Authorized Mailing Location and other Things** by
you shall constitute, without limitation, an act or acts of bad faith, fraud, and trespass on your
part for which, in the event of damage, you are personally liable.

This Notice of Authorized Mailing Location and other Things and its contents are binding on
every principal and agent re the subject matter set forth herein and shall be entered in evidence
in any civil or criminal proceeding that may arise in connection therewith.

Please understand the extreme seriousness of this matter and conduct yourself accordingly.

Sincerely,

*Nova Alison Montgomery*
*nova alison montgomery*

---

[1] Domestic Mail Manual § 508- 1.1.1.
[2] Ibid, §602-1.8.1.
[3] We note that under section 122.32 of the U.S. Postal Service Domestic Mail Manual, the use of a zip code
remains voluntary. See United States Postal Service Domestic Mail Manual § 122.32, at 55 (Mar. 1992). . .
*Joseph Peters v. National Railroad Passenger Corporation*, 966 F.2d 1483, 296 U.S.App.D.C. 202, 22
Fed.R.Serv.3d 1123 (1992).
[4] *Domestic Mail Manual § 508-1.1.2.*

Nancy (aka Nova) Alison Montgomery
2042 Rainbow Farms Drive
Safety Harbor, Florida
(Please be advised: ZIP Code™ declined.)

June 21, 2016

Keith Delucia, Postmaster
Certified Mail™ No._____
United States Post Office™
Safety Harbor, FL 34695

Re: Declination of ZIP Code™

## Notice of Authorized Mailing Location and other Things

Dear Postmaster Delucia:

This is Notice of my true, correct, complete, proper, and authorized mailing location, set forth
hereinabove with specificity. In respect thereof, I hereby authorize you to deliver to me, mail
matter displaying any of various innocuous alterations or abbreviations of the name and street
identifiers set forth therein.

Notwithstanding the foregoing authorization: As authorized by law[1], you are hereby expressly
forbidden to deliver to, Nancy (or Nova) Alison Montgomery or any variation in the spelling thereof,
any mailpiece bearing, as part of said 's mailing location, any

(1) United States Postal Service® two-character State identifier, e.g., "FL," or
(2) United States Post Office™ or delivery-unit numerical identifier[2] known as a ZIP Code™.[3]

Attempted delivery of mail matter in contravention of the above order will result in undue
expense and burden to the United States Postal Service® in that any and all such mailpieces
will be returned at time of delivery[4]or thereafter (marked "No such address").

Abuse or neglect of the order in this **Notice of Authorized Mailing Location and other Things** by
you shall constitute, without limitation, an act or acts of bad faith, fraud, and trespass on your
part for which, in the event of damage, you are personally liable.

This Notice of Authorized Mailing Location and other Things and its contents are binding on
every principal and agent re the subject matter set forth herein and shall be entered in evidence
in any civil or criminal proceeding that may arise in connection therewith.

Please understand the extreme seriousness of this matter and conduct yourself accordingly.

Sincerely,

*Nova Alison Montgomery*

*nova alison montgomery*

---

[1] Domestic Mail Manual § 508- 1.1.1.
[2] Ibid, §602-1.8.1.
[3] We note that under section 122.32 of the U.S. Postal Service Domestic Mail Manual, the use of a zip code
remains voluntary. See United States Postal Service Domestic Mail Manual § 122.32, at 55 (Mar. 1992). . .
*Joseph Peters v. National Railroad Passenger Corporation*, 966 F.2d 1483, 296 U.S.App.D.C. 202, 22
Fed.R.Serv.3d 1123 (1992).
[4] *Domestic Mail Manual § 508-1.1.2.*